STEVEN F. GRUEL, ESQ.
California Bar No. 213148
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: 415-533-6973
Facsimile: 415-449-3622
Email: attystevengruel@sbcglobal.net

Attorney for Babak Broumand

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> BABAK BROUMAND, <br><br> Defendant. | Case No. CR-20-224-RGK <br><br> **DEFENDANT BABAK BROUMAND'S NOTICE OF MOTION AND MOTION FOR NOTICE OF THE GOVERNMENT'S INTENT TO USE EVIDENCE IN ITS CASE-IN-CHIEF ACCORDING TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 12(b)(4)(B)** <br><br><br> **HONORABLE R. GARY KLAUSNER** <br><br><br> ROYBAL FEDERAL BUILDING: Courtroom # 850 on November 15, 2021 @ 1:30 p.m. |

**TO: ACTING UNITED STATES ATTORNEY TRACY L. WILKISON AND ASSISTANT UNITED STATES ATTORNEY RUTH C. PINKEL:**

**PLEASE TAKE NOTICE** that on November 15, 2021, at 1:30 p.m. or as soon thereafter as counsel may be heard, in the courtroom of the Honorable R. Gary Klausner, United States District Judge, defendant Babak Broumand will bring for hearing the following motion:

**MOTION**

The Defendant, Babak Broumand, by and through his counsel of record, Steven F. Gruel, hereby moves this Honorable Court for an order granting DEFENDANT BABAK BROUMAND'S NOTICE OF MOTION AND MOTION FOR NOTICE OF THE GOVERNMENT'S INTENT TO USE EVIDENCE IN ITS CASE-IN-CHIEF ACCORDING TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 12(b)(4)(B).

This motion is made pursuant to the United States Constitution; the Federal Rules of Criminal Procedure, subsequent case law; the attached memorandum of point and authorities, any accompanying declarations and exhibits; the pleadings and records on file in this matter; and upon such evidence and argument which may be presented to the Honorable Court prior to and at the hearing on this motion.

Respectfully submitted,

Dated: October 18, 2021

By:  /s/ Steven F. Gruel
STEVEN F. GRUEL, ESQ.
Attorney for BABAK BROUMAND

*DEFENDANT BABAK BROUMAND'S NOTICE OF MOTION AND MOTION FOR NOTICE OF THE GOVERNMENT'S INTENT TO USE EVIDENCE IN ITS CASE-IN-CHIEF ACCORDING TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 12(B)(4)(B)*

2

**DEFENDANT'S MOTION IN ACCORDANCE WITH RULE 12(b)(4)(B) OF**
**GOVERNMENT'S INTENTION TO USE EVIDENCE IN ITS CASE-IN-CHIEF**

## INTRODUCTION

In January 2019, Babak Broumand retired from the FBI after 20 years of service as a special agent in the San Francisco Filed Office.  Agent Broumand was responsible for national security investigations and his responsibilities included recruiting human intelligence sources for the FBI. These sources were often used by other United States agencies.  Throughout his career, Mr. Broumand received recognition and commendations for his work in the FBI's counter intelligence division used to ensure our Nation's security.

On December 5, 2018, the FBI raided Mr. Bromand's home and two business locations he shared with his wife.   On April 24, 2020, Mr. Broumand was arrested by Los Angeles FBI agents on a criminal complaint alleging that in 2015 to 2016 Mr. Broumand accepted bribes from Individual A.  In essence, Individual A, a disbarred lawyer and fraudster, claimed he asked Mr. Broumand to "run" his name, the names of others, including the names of several companies in law enforcement data bases in exchange for money and things of value.

The case was indicted on June 12, 2020 and a First Superseding Indictment (FSI) was later returned on June 30, 2021. The FSI lists 6 criminal counts – one count of conspiracy in violation of the federal bribery statute, three substantive bribery counts, and two money laundering counts where bribery is alleged as the specified unlawful activity.

The government has provided voluminous discovery. Rather than one or a few early productions of discovery materials, the prosecution has had a rolling disclosure with the last production (numbers 11 and 12) occurring on October 6, 2021.  At last count, the Bates Number has reached 97,423.  The defense has requested additional relevant discovery that has yet to be produced by the government. Because trial before this Court is currently set for January 25, 2022,

*DEFENDANT BABAK BROUMAND'S NOTICE OF MOTION AND MOTION FOR NOTICE OF THE GOVERNMENT'S INTENT TO USE EVIDENCE IN ITS CASE-IN-CHIEF ACCORDING TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 12(B)(4)(B)*

3

1 and in light of the voluminous materials which keeps expanding, the defense, in accordance with

2 the Federal Rules of Criminal Procedure, respectfully seeks an Order wherein the government is to

3 identify the evidence it seeks to introduce at trial in its case-in-chief.

4 ## LAW AND ARGUMENT

5 This is a simple and straightforward defense motion specifically permitted by the Federal

6 Rules of Criminal Procedure.  By any measure, the discovery in this case is massive – to date, it

7 now consists of over 97,000 pages of documents and numerous pole camera videos.  It is

8 anticipated that much more discovery will be produced by the government. To fairly and effectively

9 prepare for trial, particularly with the expanding volume of materials to review and investigate, Mr.

10 Broumand respectfully requests, and the federal criminal procedure mandates, that the government

11 disclose its anticipated evidence for its case-in-chief.

12 Indeed, in order to fully prepare for trial and to comply with the Federal Rule of Criminal

13 Procedure pertaining to the mandatory filing of certain motions pretrial, Mr. Broumand requests the

14 immediate disclosure of all evidence of the government's trial evidence intended in its case-

15 in   chief in accordance with Rule 12(b)(3)(B) so that he may effectively review, investigate and

16 prepare any further motions to suppress, as well as all other possible pretrial motions.  The

17 government's obligation is clear. Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure

18 provides in pertinent part that:

19

20 (*4*) *Notice of the Government's Intent to Use Evidence.*

*(B) At the Defendant's Request.*

21

22 *At the arraignment or as soon afterward as practicable, the defendant may, in order to have an opportunity to move to suppress evidence under Rule 12(b)(3)(C), request notice of the government's intent to use (in its evidence-in-chief at trial) any evidence that the defendant may*

23 *be entitled to discover under Rule 16.*

24

25

*DEFENDANT BABAK BROUMAND'S NOTICE OF MOTION AND MOTION FOR NOTICE OF THE GOVERNMENT'S INTENT TO USE EVIDENCE IN ITS CASE-IN-CHIEF ACCORDING TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 12(B)(4)(B)*

4

Here, this straightforward mandatory Rule is tailored for a case such as this. Due process, fairness and the ability of the defense to effectively prepare for pretrial motions and trial requires the government to immediately and fully disclose its case-in-chief evidence upon the defense request. The government's timely disclosure, with the voluminous discovery in this case, is needed so that Mr. Broumand may reasonably prepare his pretrial motions and defense at trial.

Respectfully submitted,

Dated: October 18, 2021

By:  /s/ Steven F. Gruel
STEVEN F. GRUEL, ESQ.
Attorney for **BABAK BROUMAND**

*DEFENDANT BABAK BROUMAND'S NOTICE OF MOTION AND MOTION FOR NOTICE OF THE GOVERNMENT'S INTENT TO USE EVIDENCE IN ITS CASE-IN-CHIEF ACCORDING TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 12(B)(4)(B)*

5

1

2

**DECLARATION OF STEVEN F. GRUEL**

I, Steven F. Gruel, under penalty of perjury, declare and state as follows:

3

4

1.      I am an attorney licensed to practice law in California.  I have practiced law since 1985.

5

From 1987 to 2005, I served with the United States Justice Department.  From 1989 to 2005, I

6

served as an Assistant United States Attorney in the Criminal Division of the United States

7

Attorney's Office in the Northern District of California (USAO).  My tenure at the USAO included

8

serving as Chief of the Major Crimes Section and Acting Chief of the Organized Crime Strike

9

Force.

10

2.      I represent defendant Babak Broumand in the above captioned matter. Mr. Broumand served

as an FBI Special Agent from 1999 to 2019.

11

12

3.      On December 5, 2018 the FBI conducted a search warrant of Mr. Broumand's home and

13

two business locations.  On April 24, 2020, Mr. Broumand was arrested by the FBI pursuant to a

14

criminal complaint.  Since his arrest, I have exchanged emails and letters with the prosecutor

15

assigned to this case requesting discovery from the government.  To date, the government has

16

produced discovery on 12 occasions totaling over 97,000 Bates Numbered pages of materials as

17

well as numerous pole camera videos.  The last discovery production was on October 6, 2021.

18

4.      From my discussions with the federal prosecutor assigned to this case, it is my

19

understanding that the prosecution anticipates the production of more discovery in this case.

20

I declare under penalty of perjury under the laws of the United States that the foregoing is true and

21

correct, and that this declaration is executed this 18th day of October 2021, in San Francisco,

22

California.

23

*/Steven F. Gruel*
STEVEN F. GRUEL

24

25

Declaration of Steven F. Gruel

2