# EXHIBIT A

Case 2:20-mj-01777-DUTY Document 1 Filed 04/21/20 Page 1 of 44 Page ID #:1

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
04/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: clo DEPUTY

United States of America

v.

BABAK BROUMAND,

Defendant.

Case No. 2:20-mj-01777

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. In or about the date of January 2015 to at least late September 2017, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bribery of Public Official |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
MICHAEL TORBIC
Complainant's signature

Michael Torbic, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 21, 2020

_____
Judge's signature

City and state: Los Angeles, California

Hon. Gail J. Standish, U.S. Magistrate Judge
Printed name and title

AUSA: Ruth Pinkel (213) 894-6077    REC: Detention

investigation into Termendzhyan, and after BROUMAND had met with the Los Angeles FBI Case Agent investigating Termendzhyan. BROUMAND, CW1, and Termendzhyan met at Ten Pounds Bar in the Montage Beverly Hills Hotel. CW1 believed that Termendzhyan was intimidated that CW1 had corrupted an FBI Special Agent, as Termendzhyan had a history of corrupting law enforcement, but according to CW1, did not have a FBI Special Agent on his "payroll." CW1 told me that Termendzhyan attempted to "emotionally destroy" BROUMAND, and had told BROUMAND that he could take his gun and badge away. CW1 told me that Termendzhyan paid for the meal.

### CW1 Purchases Ducati Motorcycle for BROUMAND in Exchange for Information on a Qatari Royal Family Member

24. CW1 told me that he provided security for a Qatari Royal Family Member ("QRFM"), and assisted QRFM, who had a drug habit, purchase Demerol, a Schedule II narcotic controlled substance. CW1 said he first met QRFM in early April 2015. After this meeting, CW1 requested that BROUMAND research QRFM, because CW1 wanted to know if QRFM was associated or involved in terrorism, terrorism financing, or was on a terrorist watch list. CW1 informed BROUMAND that CW1 was planning to purchase narcotics for QRFM. According to CW1, CW1 had possession of QRFM's passport and visa, as CW1 was also assisting QRFM purchase and insure a Lamborghini and a Porsche 911. CW1 told me that CW1 showed the passport to BROUMAND, and BROUMAND took a picture of the passport. While CW1 was listening, BROUMAND also spoke with QRFM on the telephone, and they discussed a New York FBI Special Agent that BROUMAND and QRFM both knew. BROUMAND later told CW1 that QRFM was "okay," which CW1 understood to mean that QRFM was not associated with terrorism and had not attracted the attention of law enforcement. As such, CW1 could engage in illicit business with QRFM without fear of attracting the attention of law enforcement. (Investigators have not yet located a search for QRFM, but have not audited all possible databases to which BROUMAND had access, to include watch lists.)

11

25.     CW1 said that he used money earned from CW1's business dealings with QRFM to purchase a Ducati motorcycle for BROUMAND as a "bonus" for looking up and determining if QRFM had attracted the attention of law enforcement. On or about April 29, 2015, CW1, BROUMAND, and CW1's friend, went to Beverly Hills Ducati to purchase the motorcycle for BROUMAND. I have reviewed dealership records, which show that CW1 purchased a 2015 Ducati Panigale motorcycle, helmet, and accessories totaling approximately $36,000, which CW1 charged to a credit card. The dealership records contain a photocopy of BROUMAND's driver's license and the purchase paperwork contains BROUMAND's name. According to California Department of Motor Vehicle ("DMV") records, BROUMAND registered the motorcycle in his name, on or about May 13, 2015.

26.     After becoming aware of the presence of a DOJ OIG investigation[8] into BROUMAND, on or about October 20, 2018, BROUMAND sold the Ducati Panigale motorcycle to Ace Motorsports. I believe that BROUMAND sold the Ducati motorcycle after becoming aware of the DOJ OIG investigation in an attempt to further conceal the nature of his corrupt relationship with CW1, because BROUMAND knew that the Ducati motorcycle was a bribe payment from CW1 for information BROUMAND provided regarding QRFM.

BROUMAND Provides CW1 Information on Solakyan

27.     CW1 informed me that CW1 had asked BROUMAND to look up another member at the Grand Havana Room, Sam Solakyan. ("Solakyan"). According to CW1, BROUMAND told CW1 to "stay away from him" and that Solakyan was "trouble." Based on my review of an audit of the FBI's case management database, on December 8, 2015, BROUMAND queried Solakyan in the FBI database. BROUMAND's search returned positive results in a San Diego

---

[8] On or about March 12, 2018, BROUMAND was served with notice from the DOJ OIG that an investigation had been initiated regarding allegations that BROUMAND misused government property, lacked candor to the FBI, and omitted information in his SFDF (Security Financial Disclosure Form). The investigation was then administrative in nature.

12