# EXHIBIT B

**Pinkel, Ruth (USACAC)** — Information Filed Yesterday on Broumand

From: Pinkel, Ruth (USA)
To: steven gruel
Date: Wed, Apr 29, 2020 at 3:41 PM

Dear Mr. Gruel:

Due to the COVID-19 pandemic and grand jury unavailability by order of the Chief Judge, my office has undertaken alternative procedures for charging cases consistent with the Rules of Criminal Procedure and federal law. As a result, we filed a single-count Information yesterday to preserve the statute of limitations for bribery for your client's receipt of the Ducati. A conformed copy of the Information is attached. We can discuss arraignment after the detention hearing. If your client seeks to resolve his case, he can waive indictment and/or we can stipulate for more time under the Speedy Trial Act. If not, we anticipate filing a superseding indictment, which would incorporate the Ducati bribery and additional charges, after the Chief Judge restarts the grand jury.

Thank you,

Ruth

**Ruth C. Pinkel** | Assistant United States Attorney | Senior Litigation Counsel

**U.S. Attorneys Office | Public Corruption and Civil Rights Section**

1500 United States Courthouse | 312 N. Spring Street | Los Angeles, California 90012






From: steven gruel <attystevengruel@sbcglobal.net>
Sent: Thursday, April 30, 2020 5:54 AM
To: Pinkel, Ruth (USACAC) <RPinkel@usa.doj.gov>
Subject: Re: Information Filed Yesterday on Broumand

Ms. Pinkel,

My understanding is that in accordance with Rule 7 of the FRCRP all felony charges must be filed as an indictment. A felony information may only be charged upon the waiver of indictment by the defendant.

As you know, Mr. Broumand has made no such waiver.

Thank you,

Steven Gruel

On Wednesday, April 29, 2020, 03:41:18 PM PDT, Pinkel, Ruth (USACAC) <ruth.pinkel@usdoj.gov> wrote:



PU Pinkel, Ruth (USACAC) Add keywords Home

Compose

Back Archive Move Delete Spam

Inbox 999+
Unread
Starred
Drafts 1
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Subscriptions
Deals
Groceries
Receipts
Travel

Folders Show

LA20CR0019....pdf
30.1kB

PU Pinkel, Ruth (USACAC)
ruth.pinkel@usdoj.gov
+ Add to contacts

PU **Pinkel, Ruth (USACAC)** Thu, Apr 30, 2020 at 9:06 AM
**To:** steven gruel

Mr. Gruel,

Thank you for your response. I understand your position.

Thank you,

Ruth

**Ruth C. Pinkel** | Assistant United States Attorney| Senior Litigation Counsel

**U.S. Attorneys Office| Public Corruption and Civil Rights Section**

1500 United States Courthouse| 312 N. Spring Street|Los Angeles, California 90012

```
                                          FILED
                                  CLERK, U.S. DISTRICT COURT

                                       04/28/2020

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY:        AP        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:20-cr-00193-AB |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 201(b)(2)(C): Bribery of a Public Official] |
| BABAK BROUMAND, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 201(b)(2)(C)]

On or about April 29, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant BABAK BROUMAND, a public official, namely, a Federal Bureau of Investigation Special Agent responsible for national security investigations, directly and indirectly, corruptly demanded, sought, received, accepted, and agreed to receive and accept something of value, namely, a Ducati motorcycle and accessories, in return for being induced to do an act and omit to do an act in violation of his official duty. Specifically, defendant BROUMAND corruptly demanded and accepted a Ducati motorcycle and accessories, valued at approximately $36,000, from Individual A, an individual engaged in

criminal conduct and associated with an organized crime organization, in exchange for defendant BROUMAND querying law enforcement databases and sharing the results with Individual A, in order to help Individual A and Individual A's associates avoid prosecution and law enforcement monitoring.  Such conduct violated defendant BROUMAND's duties and responsibilities as a federal law enforcement officer, including the duty to faithfully investigate potential criminal activity, the duty to only use law enforcement databases for legitimate law enforcement activity, and the duty not to share information from law enforcement databases with others to help criminals avoid detection and law enforcement monitoring.

NICOLA T. HANNA
United States Attorney

*/s/ Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption & Civil
  Rights Section

RUTH C. PINKEL
Assistant United States Attorney
Public Corruption & Civil Rights
  Section