# EXHIBIT 1

## Pinkel, Ruth (USACAC)

**From:**  steven gruel <attystevengruel@sbcglobal.net>
**Sent:**  Thursday, April 30, 2020 5:54 AM
**To:**  Pinkel, Ruth (USACAC)
**Subject:**  Re: Information Filed Yesterday on Broumand
**Attachments:**  LA20CR00193-AB-INFORMATION.pdf


Ms. Pinkel,

My understanding is that in accordance with Rule 7 of the FRCRP all felony charges must be filed as an indictment.  A felony information may only be charged upon the waiver of indictment by the defendant.

As you know, Mr. Broumand has made no such waiver.

Thank you,

Steven Gruel

On Wednesday, April 29, 2020, 03:41:18 PM PDT, Pinkel, Ruth (USACAC) <ruth.pinkel@usdoj.gov> wrote:



Dear Mr. Gruel:



Due to the COVID-19 pandemic and grand jury unavailability by order of the Chief Judge, my office has undertaken alternative procedures for charging cases consistent with the Rules of Criminal Procedure and federal law.  As a result, we filed a single-count Information yesterday to preserve the statute of limitations for bribery for your client's receipt of the Ducati.  A conformed copy of the Information is attached.  We can discuss arraignment after the detention hearing.  If your client seeks to resolve his case, he can waive indictment and/or we can stipulate for more time under the Speedy Trial Act.  If not, we anticipate filing a superseding indictment, which would incorporate the Ducati bribery and additional charges, after the Chief Judge restarts the grand jury.



Thank you,



Ruth



**Ruth C. Pinkel** | Assistant United States Attorney| Senior Litigation Counsel

## U.S. Attorneys Office| Public Corruption and Civil Rights Section

1500 United States Courthouse| 312 N. Spring Street|Los Angeles, California 90012

T:213.894.6077| ruth.pinkel@usdoj.gov

1