# EXHIBIT 2

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   RUTH C. PINKEL (Cal. Bar No. 164470)
4  Assistant United States Attorney
   Public Corruption and Civil Rights Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6077
7       Facsimile: (213) 894-7631
        E-mail:    ruth.pinkel@usdoj.gov
8

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10

11                    UNITED STATES DISTRICT COURT

12                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          No. CR 20-193-RGK

14         Plaintiff,                 GOVERNMENT'S MOTION TO DISMISS
                                      INFORMATION PURSUANT TO FEDERAL
15         v.                         RULE OF CRIMINAL PROCEDURE 48(a)

16 BABAK BROUMAND,

17         Defendant.

18

19      Plaintiff United States of America, by and through its attorney
20 of record, the United States Attorney for the Central District of
21 California, hereby moves pursuant to Federal Rule of Criminal
22 Procedure 48(a), and by leave of the Court, to dismiss without
23 prejudice the Information in the above-referenced case, filed on
24 April 28, 2020.
25      The government's request for dismissal is made in good faith,
26 and is made on the basis that defendant has not waived indictment
27 under Fed. R. Crim. P. 7(b).  The Chief Judge suspended grand jury
28 sessions after March 25, 2020, because of the COVID-19 pandemic.  In

                                     1

the absence of a grand jury, the government filed this single-count Information, within the statute of limitations, to preserve the statute of limitations, and gave notice to defendant. (Additionally, four days before this action was filed, defendant was arrested on a criminal complaint on a separate, but related charge. That case, 20-MJ 1777, remains open and unaffected by this motion.) Following dismissal, the government plans to present an indictment to the grand jury within the next six months, as allowed by 18 U.S.C. § 3288.

Dated: June 9, 2020                    Respectfully submitted,

                                       NICOLA T. HANNA
                                       United States Attorney

                                       BRANDON D. FOX
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                       _____
                                       RUTH C. PINKEL
                                       Assistant United States Attorney

                                       Attorneys for Applicant
                                       UNITED STATES OF AMERICA

2