# EXHIBIT A

Case 2:20-cr-00224-RGK Document 1 Filed 04/21/20 Page 1 of 44 Page ID #:1
Case 2:20-cr-00224-RGK Document 85-1 Filed 11/29/21 Page 2 of 5 Page ID #:652
AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
04/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___do___ DEPUTY

United States of America

v.

BABAK BROUMAND,

Defendant.

Case No. 2:20-mj-01777

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. In or about the date of January 2015 to at least late September 2017, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bribery of Public Official |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
MICHAEL TORBIC
*Complainant's signature*

Michael Torbic, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 21, 2020

_____
*Judge's signature*

City and state: Los Angeles, California

Hon. Gail J. Standish, U.S. Magistrate Judge
*Printed name and title*

AUSA: Ruth Pinkel (213) 894-6077    REC: Detention

# AFFIDAVIT

I, Michael Torbic, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since January 2016. I am a Certified Public Accountant ("CPA"), who prior to becoming a Special Agent with the FBI had been employed as a Financial Analyst and Auditor. I am currently a member of the FBI's public corruption squad in Los Angeles, California. The public corruption squad is responsible for conducting investigations of violations of criminal laws involving elected and non-elected public officials and major frauds committed against the United States.

2. Since joining the FBI in January of 2016, I have received training in the investigation of violations of criminal law, such as public corruption, fraud against the government, money laundering, and financial crimes, including several hundred hours of formal training at the FBI Training Academy in Quantico, Virginia. During the time that I have been employed by the FBI, I have conducted and participated in numerous investigations relating to the corruption of public officials, bribery, money laundering, and major frauds against the United States. I have participated in many aspects of criminal investigations including the issuance of subpoenas, reviewing evidence, conducting physical and electronic surveillance, working with informants, and the execution of search and arrest warrants. I have interviewed and/or debriefed defendants, informants, and other witnesses who had personal knowledge regarding the investigations in which I have been involved. I have also worked closely with, and learned from, other senior FBI Agents who are experienced in investigating criminal cases, conducting arrests, executing search warrants, and identifying, acquiring, and seizing evidence in criminal cases. I have also served as an affiant for affidavits in support of criminal complaints, search warrants, seizure warrants, and arrest warrants.

1

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for BABAK BROUMAND for a violation of 18 U.S.C. § 371 (conspiracy) (the "Target Offense") for his participation in a conspiracy to commit bribery of a public official in violation of 18 U.S.C. § 201, which occurred between in or about January 2015 and to at least the end of September 2017.

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, my review of reports prepared by other law enforcement agents, including Special Agents from FBI, the Internal Revenue Service Criminal Investigations ("IRS-CI"), the Department of Justice Office of Inspector General ("DOJ OIG"), my discussions with IRS-CI and DOJ OIG Special Agents. This affidavit is intended to show merely that there is probable cause to believe BROUMAND committed the Target Offense and does not purport to set forth all my knowledge of the investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. SUMMARY OF PROBABLE CAUSE

5. During all times relevant to this affidavit:

   a. BROUMAND was employed as a Special Agent with the FBI, until his retirement in January 2019. BROUMAND was responsible for National Security investigations; specifically BROUMAND was responsible for recruiting human intelligence ("HUMINT") sources for the FBI. As a Special Agent with the FBI, BROUMAND was a public official.

   b. Cooperating Witness 1 ("CW1")[1] is believed by the FBI to have occupied a role in a criminal enterprise that included suspected members and associates of an Armenian

---

[1] According to NCIC, CW1's criminal history includes charges for Speeding, Reckless Driving, Failure to Provide Financial Responsibility, and Driving Under the Influence. CW1 has agreed to cooperate in this investigation because CW1 would like the federal government to take CW1's cooperation into consideration when addressing certain illegal acts CW1 has admitted to committing. CW1 has acknowledged making bribe payments to BROUMAND, as is outlined

2

Case 2:20-cr-00224-RGK Document 1 Filed 04/21/20 Page 6 of 44 Page ID #:6

Organized Crime group based in Southern California, including Levon Termendzhyan ("Termendzhyan")[2]; Felix Cisneros ("Cisneros")[3], then a Special Agent with Homeland Security

---

further in this affidavit. CW1 has also admitted to additional illegal acts, including making bribe payments to another Federal Agent, engaging in a credit card fraud conspiracy, and participating in unlicensed marijuana cultivation. CW1 has also lied to Federal Agents in relation to this, and other, investigations, but then later admitted that CW1 lied and withheld information. Throughout CW1's cooperation, Agents believe CW1 may have withheld information regarding CW1's relationship with BROUMAND and others, as well as CW1's involvement in other potential illegal acts. The FBI has not paid CW1 any money, nor has the FBI promised to pay any money in exchange for CW1's cooperation. Despite the belief that CW1 may be withholding information, I have found the information CW1 has provided about BROUMAND that is detailed in this affidavit to be reliable, because much of it has been corroborated by our investigation. Additionally, although it appears CW1 is withholding some information, I have no reason to believe that CW1 is fabricating the incriminating information that CW1 has provided to the FBI. CW1 has agreed, in principal to sign a plea agreement admitting, among other things, his guilt to bank fraud, false statements, and his bribery of BROUMAND and another Federal Agent, while both were still Federal Agents. No plea agreement has been publicly filed.

[2] On August 1, 2018, Termendzhyan, also known as Lev Aslan Dermen, was indicted in the District of Utah on nine counts of 26 U.S.C § 7206(2) (aiding and assisting in the filing of a false return), five counts of 18 U.S.C. § 1956 (money laundering), and one count of 18 U.S.C. § 1957 (money laundering). (U.S. v. Termendzhyan, CR 18-365-JNP.) On or about August 27, 2018, Termendzhyan was arrested by Federal Agents assigned to the FBI's Los Angeles Eurasian Organized Crime Task Force ("LA-EOCTF"). On March 16, 2020, following a jury trial, Termendzhyan was convicted in the District of Utah on one count of 18 U.S.C § 1349 (conspiracy), seven counts of 18 U.S.C. § 1956 (money laundering), and two counts of 18 U.S.C. § 1957 (money laundering). Termendzhyan has not yet been sentenced.

[3] On March 22, 2017, Cisneros was arrested on a complaint for violating 8 U.S.C. § 1327 (aiding and assisting an inadmissible alien to enter the United States). On April 21, 2017, Cisneros was indicted on one of 18 U.S.C. § 1327. On December 19, 2017, the grand jury returned a superseding indictment charging Cisneros with seven counts: one count of 18 U.S.C. § 371 (conspiracy); one count of 18 U.S.C. § 205(a)(2), 216(a)(2) (public official prosecuting claim affecting the United States); one count of 18 U.S.C. § 1519 (falsification of records); two counts of 18 U.S.C. § 1001 (false statements); and two counts of 18 U.S.C. § 1512(b)(3) (tampering with a witness, victim, or informant and obstruction of justice). (U.S, v. Felix Cisneros, Jr., CR 17-0229-CAS.) On April 23, 2018, following a jury trial, Cisneros was convicted of one count of 18 U.S.C. § 205(a)(2), 216(a)(2) (public official prosecuting claim affecting the United States); one count of 18 U.S.C. § 1519 (falsification of records); and two counts of 18 U.S.C. § 1001 (false statements). In November 2018, Cisneros was sentenced to twelve months and one day in the custody of the Bureau of Prisons.