# EXHIBIT B

FILED
CLERK, U.S. DISTRICT COURT

March 8, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Cathiosa DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

FEDERAL RULE OF CRIMINAL PROCEDURE 5(F) AND THE DUE PROCESS PROTECTIONS ACT

GENERAL ORDER NO. 21-02

Pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the United States District Court for the Central District of California issues the following order:

In all criminal proceedings, the prosecutor is ordered to comply with the disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny and is reminded of the possible consequences of not doing so, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt, referral to a disciplinary authority, and sanctions.

The judge presiding at the first scheduled court date when both prosecutor and defense counsel are present shall inform the prosecution and defense of the substance

of this Order and an acknowledgment of compliance with this requirement shall be reflected in the docket in each case.

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Date of Approval by the Court:		March 8, 2021

Date of Filing by the Clerk:		March 8, 2021

2