# EXHIBIT E

*Law Offices of*
# Steven F. Gruel
www.gruellaw.com

*San Francisco Office*
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 989-1253
attystevengruel@sbcglobal.net

*Los Angeles Office*
555 West Fifth, 31st Floor
Los Angeles, California 90013
Telephone: (213) 625-1703

March 15, 2021

*Via E-Mail & United States Mail*

Ruth C. Pinkel
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
ruth.pinkel@usdoj.gov

RE:  *United States v. Babak Broumand, CR-00224-RGK*
     Reply to letter dated December 21, 2020
     Renewed Request for Notice of Expert Witness
     Renewed Request for Notice of 404(b) material
     Renewed Request for Disclosure of Evidence Pursuant to Rule 12

Dear Ms. Pinkel:

Thank you for your response to my discovery letter dated November 24, 2020.

We've had several bouts of covid in my family including my wife. I'm happy to say that we survived the impact of covid in our family, but the ordeal has delayed my response to you. Please note that the defense renews its May 27, 2020 request for Notice of any expert witnesses at trial; notice of all evidence Rule 404(b); and, notice of the government's evidence in its case in chief pursuant to Federal Rule 12.

<u>Reply to the December 21, 2020 Response for Discovery</u>

I noticed in your letter that more discovery is anticipated beyond Discovery Production #6. Does the government have an estimate of when that next production will occur?

1

Here is the defense reply to the government's response to the specific materials requested:

**Request 1.** When are the ~~Sargsvan~~ audio recordings anticipated to be disclosed? Additionally, the defense requests full and complete audio and video recordings of ~~Edgar Sargsyan~~ and Babak Broumand. I believe that we need the recording for February 26, 2020 meeting of ~~Sargsyan~~ and Mr. Broumand as well as the January 23, 2020 meeting.

**Request 2.** Please let me know when other materials in this request will be provided. I believe that the government's *Brady* obligations require full disclosure as requested. The USAO in the Central District prosecuted ~~Sargsyan~~ for numerous criminal offenses and clearly must have additional *Brady* material beyond the charging document and plea agreement. I believe *Brady* and its progeny require the government to fully disclose these materials, in addition to disclosing use of his entities to conduct his frauds. Given the central role by the USAO in prosecuting ~~Sargsyan~~, and in light of his role in this case, I believe the law requires the government to secure these materials to the extent that the federal government is aware of the likelihood of these materials, can locate them or, in fact, already possess them.

Please let me know if this is an issue that needs to be addressed by the Court.

**Request 3.** Please inform us when these materials are expected to be disclosed.

**Request 4.** Please inform us when these materials are expected to be disclosed.

**Request 5.** Thank you for providing this discover.

**Requests 6, 7, and 8.** Please let me know what other discovery is forthcoming from these three related prosecutions to ~~Edgar Sargsyan~~. The defense asserts that this information will provide impeachment material (hence, *Brady material*) against the government's witnesses and call into question the credibility of the prosecution's case.

**Request 9.** Please provide the legal basis to deny providing Mr. Broumand's file. Given that this case will come down to witness credibility, the defense maintains that Defendant's complete personnel file must be disclosed not only under *Brady* but it may include statements by Mr. Broumand.

**Requests 10 & 11.** First, this request only covers approximately 6 years (relevant to the times in this case) and not "almost anything Broumand did as an FBI agent." Second, without providing defense strategy or anticipated defenses, these requested are relevant to the Jury's full understanding of the evidence at trial in weighing credibility and the determination whether the government will satisfy its burden of proof.

2

**Request 12**.  Please verify when these materials will be provided.

**Request 13**.  Please provide a copy of the search warrant application mentioned on Bayes Number USAO 00011050.  Also, the January 2015 request refers to agent Broumand's trip to Los Angeles to introduce ~~Sargsyan~~ to FBI SA Kusin.

**Request 14**.  The defense does not intend to disclose its trial strategy with any further explanation supporting its request. Nonetheless, whether ~~Sargsyan~~ and Termendzhyan associated with other law enforcement agents on an ongoing manner is highly relevant in weighing ~~Sargsyan~~ and other law enforcement credibility.  Clearly this request is not overbroad – first, SA Torbic included this limited information in his official report of interview of Nicolas Steele; second, what investigative steps, if any, subsequently occurred should be easily ascertained by the case agent.

**Request 15 & 16**.  Please verify when the defense can expect production of these materials.

**Request 17**.  This request only covers approximately 6 years (relevant to the times in this case) and is not overbroad. Also, without providing defense strategy or anticipated defenses, these requested are relevant to the Jury's full understanding of the evidence at trial in weighing credibility and the determination whether the government will satisfy its burden of proof.

### Request for Additional Discovery

1. Please provide all interviews of Maria Whitson and her husband Todd Whitson, to include Agents' notes.

2. Please provide Mr. Broumand's Financial Disclosure for 2017.

3. Please provide proof, including the date(s), of Mr. Broumand accessing and searching FBI data bases for the Qatari Prince.

4. Please provide copy of checks given to Mr. Broumand by the FBI during the period 1/1/2012 – 12/31/2016.

5. Please provide copy of Mr. Broumand's undercover (UC) credit card statements during the period 1/1/2012 – 12/5/2018.

6. Please provide complete copy of Mr. Broumand's paper calendars/appointment books for years 2014 - 2018 left on his desk.