# EXHIBIT F

*Law Offices of*
# Steven F. Gruel
www.gruellaw.com

*San Francisco Office*
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 989-1253
attystevengruel@sbcglobal.net

*Los Angeles Office*
555 West Fifth, 31st Floor
Los Angeles, California 90013
Telephone: (213) 625-1703

March 24, 2021

*Via E-Mail & United States Mail*

Ruth C. Pinkel
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
ruth.pinkel@usdoj.gov

RE: *United States v. Babak Broumand, CR-20-00224-RGK*
    Follow–Up Discovery Request Regarding ▉▉▉▉▉

Dear Counsel:

Thank you for the 7th discovery production received on March 22, 2021. In light of the government's representation that it will produce "additional discovery from ▉▉▉▉ Central District USAO case relating to bank fraud . . ." the defense requests that this anticipated production also include the following:

1. The identity of all charged and uncharged co-conspirators as alleged in the filed Information and as described in the Plea Agreement in ▉▉▉▉▉▉▉▉ CR-20-▉▉▉▉-RGK; DKT ▉▉;

2. All charging documents or non-prosecution agreements for all ▉▉▉▉▉▉▉▉ co-conspirators as alleged in the filed Information and as described in the Plea Agreement in ▉▉▉▉▉▉▉▉▉ CR-20-▉▉▉▉-RGK; DKT ▉▉;

3. All law enforcement reports of interviews, copies of audio and / or video interviews, surveillance reports, recordings and notes involving the charged and uncharged co-conspirators as alleged in the filed Information and as described in the Plea Agreement in ▉▉▉▉▉▉▉▉

4. Please provide a list of all law enforcement agencies which investigated, contributed any information or participated in the investigation resulting in the in the filed Information and in the Plea Agreement in ~~United States v. Sargsyan, CR-20-0190-RGK, DKT #35~~;

5. Please provide any investigative reports, communications, information, documents prepared by and provided to law enforcement from all financial institutions defrauded by ~~Edgar Sargsyan~~ as alleged in paragraphs 1 and 2 of the filed Information;

6. Please provide a copy of the Court transcript of ~~Edgar Sargsyan~~'s guilty pleas to the filed Information and Plea Agreement in United States v. ~~Edgar Sargsyan, CR-20-0190-RGK, DKT #35~~;

7. Please provide the names of the other federally-insured financial institutions defrauded by the conspiracy as alleged in paragraph 8c of the filed Information in United States v. ~~Edgar Sargsyan, CR-20-0190-RGK, DKT #35~~;

8. Please provide a copy ~~Edgar Sargsyan~~'s "self-report to the State Bar of California, and any other bar to which he belongs" as required in paragraph 2(i) of the Plea Agreement in United States v. ~~Edgar Sargsyan, CR-20-0190-RGK, DKT #35~~;

9. Please provide the interviews, reports, documents and communications establishing the calculation for the total loss figure for ~~Edgar Sargsyan~~'s bank fraud as described required in paragraph 12 of the Plea Agreement in United States v. ~~Edgar Sargsyan, CR-20-0190-RGK, DKT #35~~;

10. Please provide the names of all entities and businesses controlled by Edgar Sargsyan in addition to the Pillar Law Group and Regdalin Group as alleged in in paragraph 8(b) of the Information in United States v. ~~Edgar Sargsyan, CR-20-0190-RGK, DKT #35~~;

11. Please provide the names, immigration files or visa application files, and any reports of interview of the "identities of persons who had been issued J1 visas after the visa holder had departed the United States" as alleged in paragraph 8(a) of the Information in United States v. ~~Edgar Sargsyan, CR-20-0190-RGK, DKT #35~~;

12. Please provide all bank documents, the stolen J1 visa holder's identity, investigative reports, the name of the co-conspirator fraudulently using the credit card for each overt act as alleged in paragraph 9 of the Information in United States v. ~~Edgar Sargsyan, CR-20-0190-RGK, DKT #35~~;

13. Copies of all state and federal search warrant applications, supporting affidavits and Orders, all state, administrative and federal subpoenas, any wire tap applications and orders, and copies of all interviews conducted in the

investigation of ▆▆▆▆ and his co-conspirators for the crimes alleged in the filed Information and as described in the Plea Agreement in *United States v. ▆▆▆▆*. This request includes production of the evidence, materials and items seized or produced as a result of the use of these investigative tools;

14. All draft and final United States Probation Presentence Reports (PSR) prepared for ▆▆▆▆ as a result of his guilty plea to the Information and in accordance with the Plea Agreement in *United States v. ▆▆▆▆*. This request includes all forms completed by or documents submitted by ▆▆▆▆ for the preparation of these PSRs as well as the parties' objections to anything in the draft or final PSR;

15. Please provide all known uncharged criminal conduct committed by ▆▆▆▆ well as the identities of any victim, whether an individual, institution or entity, of ▆▆▆▆ uncharged criminal conduct;

16. Please provide all known false statements made by ▆▆▆▆

17. Please provide all known businsses, LLCs, corporations, d/b/a's, entities controlled or perated by ▆▆▆▆

18. Please provide all statements, recordings, videos of ▆▆▆▆ regarding the charges contained in the filed Information and with the admissions in the Plea Agreement in *United States v. ▆▆▆▆*;

19. Please provide all documents, investigative materials, summaries, reports, interviews, correspondence, emails, texts, and items supporting the allegations in Count III of the filed Information and supporting the admissions in the Plea Agreement section titled "Bribery of a Federal Offical – HSI Special Agent" in *United States v. ▆▆▆▆*. This includes but is not limited to the names of the individuals queried by the HSI SA, the real property ▆▆▆▆ wanted to purchase, the identity of the German citizen described therein, copies of the computer print-outs provided by the HSI SA, the name of ▆▆▆▆ family member who was attempting to be paroled into the United States, the formal parole request prepard by the HSI SA for this individual and evidence of the money purported to have been paid by ▆▆▆▆ to the HSI SA, his accounts and his wife;

20. Please provide the identity of the individual in the vehicle with ▆▆▆▆ and name of the registered fo this vehicle when the FBI placard was presented to the law enforcement officer;

21. To the extent this request is not duplicitous to the above or other previous discovery requests, please provide all reports, witness statements, videos, audio recordings, documents, checks, credit card statements, bank statements, items

seized by search warrants or produced by subpoenas, involving the investigation, overt acts and charges in the Indictment in *United States v. Felix Cisneros*, CR-21-0051-RGK.

Thank you for your anticipated cooperation on these requests.

Sincerely,

*Steven F. Gruel*

Steven F. Gruel
Attorney For Babak Broumand

cc. Babak Broumand