# EXHIBIT G

*Law Offices of*
# Steven F. Gruel
www.gruellaw.com

*San Francisco Office*
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 989-1253
attystevengruel@sbcglobal.net

*Los Angeles Office*
555 West Fifth, 31st Floor
Los Angeles, California 90013
Telephone: (213) 625-1703

March 29, 2021

*Via E-Mail & United States Mail*

Ruth C. Pinkel
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
ruth.pinkel@usdoj.gov

RE:   *United States v. Babak Broumand, CR-00224-RGK*
       Reply to Government letter dated March 18, 2021

Dear Ms. Pinkel:

Thank you for your response to my discovery letter dated March 15, 2021. I appreciate that there will be more discovery forthcoming as outlined in your letter, but I have the following replies, points of clarification and more specific requests. Again, thank you for your continued assistance in this process.

**Request 1.**  I did not see any audio or video recordings of ~~Edgar Sargvsan~~ and Babak Broumand for the February 26, 2020 meeting of ~~Sargvsan~~ and Mr. Broumand. May I then assume then that there are no recordings for that event / date?

**Request 3.**  Please verify whether the defense has the complete OIG file regarding Babak Broumand.

**Request 4.**  I've checked and found no pole camera videos in Production 4.

**Requests 6, 7, and 8.**  Thank you for the anticipated materials mentioned in your response.

1

**Request 9**. Thank you for the anticipated materials mentioned in your response.

**Requests 10 & 11**. No response was provided to Request Number 10. I assume that that was an oversight and that the government's response to that Request is the same as the response to Request Number 11. Please clarify if I am mistaken.

**Request 12**. Thank you for the anticipated materials mentioned in your response.

**Request 13**. Sorry for the confusion: (a) the defense request refers to agent Broumand's request for travel funding for his January 2015 trip to Los Angeles for "source recruitment" as described in footnote 9 of IRS Agent Silva's search warrant declaration; and (b) the reference to a search warrant application and Bates Number 11050 seems to be a typo.

**Request 14.** The defense does not intend to disclose its trial strategy with any further explanation supporting its request. Nonetheless, whether ███████ and Termendzhyan associated with other law enforcement agents on an ongoing manner is highly relevant in weighing ███████ and other law enforcement credibility. Clearly this request is not overbroad – first, SA Torbic included this limited information in his official report of interview of Nicolas Steele; second, what investigative steps, if any, subsequently occurred should be easily ascertained by the case agent.

**Request 17**. No government response was given to this request.

**RAD Request 2**: While the government provided the years 2013-2016, it did not provide the report for year 2017. The defense requests the form for 2017.

**RAD Request 4 & 5**: The requested materials are relevant to the time alleged in the indictment and any further disclosure at this time will inappropriately involve detailing the defense trial strategy.

**RAD Request 6**: No consent to search is given by Mr. Broumand and counsel. The defense requests that this item be returned.

### Request for Additional Discovery

51. Please provide copy of the FBI's reimbursements for Mr. Broumand's undercover (UC) expenses during the period 1/1/2012 – 12/5/2018;

52. Please provide all internal Los Angeles FBI email (red side) correspondences by FBI employee Stephen Kusin of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

2

53. Please provide all internal Los Angeles FBI email (green side) correspondences by FBI employee Stephen Kusin of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

54. Please provide all internal Los Angeles FBI instant messaging (IM) correspondences by FBI employee Stephen Kusin of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

55. Please provide all hand written notes by FBI employee Stephen Kusin of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

56. Please provide all internal Los Angeles FBI email (red side) correspondences by FBI employee Michael Torbic of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

57. Please provide all internal Los Angeles FBI email (green side) correspondences by FBI employee Michael Torbic of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

58. Please provide all internal Los Angeles FBI instant messaging (IM) correspondences by FBI employee Michael Torbic of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

59. Please provide all hand written notes by FBI employee Michael Torbic of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

60. Please provide all internal Los Angeles FBI email (red side) correspondences by FBI employee Brian Adkins of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

61. Please provide all internal Los Angeles FBI email (green side) correspondences by FBI employee Brian Adkins of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

62. Please provide all internal Los Angeles FBI instant messaging (IM) correspondences by FBI employee Brian Adkins of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

63. Please provide all hand written notes by FBI employee Brian Adkins of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

3

64. Please provide all internal Los Angeles FBI email (red side) correspondences by FBI employee Joe Rock of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

65. Please provide all Los Angeles FBI email (green side) correspondences by FBI employee Joe Rock of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

66. Please provide all internal Los Angeles FBI instant messaging (IM) correspondences by FBI employee Joe Rock of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present;

67. Please provide all hand written notes by FBI employee Joe Rock of and concerning, and pertaining to Mr. Broumand during the period 1/1/2014 – present.

Sincerely,

*Steven F. Gruel*

Steven F. Gruel
Attorney For Babak Broumand

cc. Babak Broumand

4