# EXHIBIT 3

U.S. v. Babak Broumand
CR 20-224-RGK
PROD_010
August 12, 2021

Case 2:20-cr-00224-RGK   Document 91-2   Filed 12/07/21   Page 2 of 2   Page ID #:756

Babak Broumand Production Index

| PRODUCTION NO. | DESCRIPTION | PROD_BEGDOC | PROD_ENDDOC |
| --- | --- | --- | --- |
| 010 | PILLAR LAW GROUP STATEMENTS ACCT#206655300 -- **CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER** | USAO_00084227 | USAO_00084258 |
| 010 | PILLAR LAW GROUP ACCOUNT DOCUMENTS -- **CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER** | USAO_00084259 | USAO_00084298 |
| 010 | BoA_Response | USAO_00084299 | USAO_00084302 |
| 010 | Declaration_with_Signature | USAO_00084303 | USAO_00084303 |
| 010 | Production_Payments | USAO_00084304 | USAO_00084307 |
| 010 | Production_Statements | USAO_00084308 | USAO_00084691 |
| 010 | Production_Subpoena | USAO_00084692 | USAO_00084701 |
| 010 | Covid_19_Subpoena_Response_Letter | USAO_00084702 | USAO_00084702 |
| 010 | Comerica_Response | USAO_00084703 | USAO_00084704 |
| 010 | L-21-7_release | USAO_00084705 | USAO_00084726 |
| 010 | Financial Fraud Report - Re: Dan McDyre/SBK Holdings Reported to FBI (2016.10.25 - FD-71) | USAO_00084727 | USAO_00084732 |
| 010 | Attachment Regarding Dan McDyre/SBK Holdings Oct. 2016 | USAO_00084733 | USAO_00084733 |
| 010 | Photo Allegedly Related to Gaddafi's Money | USAO_00084734 | USAO_00084734 |
| 010 | Photocopy - Email | USAO_00084735 | USAO_00084735 |
| 010 | Photo | USAO_00084736 | USAO_00084736 |
| 010 | Photo of $100 | USAO_00084737 | USAO_00084737 |
| 010 | Photo of $100 | USAO_00084738 | USAO_00084738 |
| 010 | Source Report Alleged Muammar Gaddafi Money in Africa | USAO_00084739 | USAO_00084740 |
| 010 | SA Broumand Source Reporting on Levon Termendzhyan (2016.05.24 - FD-1057) | USAO_00084741 | USAO_00084742 |
| 010 | SA Broumand Source Reporting on Muammar al-Qadhafi (2016.10.05 - FD-1023) | USAO_00084743 | USAO_00084743 |
| 010 | SA Broumand Source Reporting on Muammar al-Qadhafi (2016.12.20 - FD-1023) | USAO_00084744 | USAO_00084745 |
| 010 | SA Broumand Source Reporting on Muammar al-Qadhafi (2017.09.20 - FD-1023) | USAO_00084746 | USAO_00084746 |