EXHIBIT 4

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

|  |  |
|---|---|
| United States of America | |
| v. | Case No. 2:20-mj-01777 |
| BABAK BROUMAND, | |
| Defendant. | |

LODGED
CLERK, U.S. DISTRICT COURT
04/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: clo DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. In or about the date of January 2015 to at least late September 2017, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bribery of Public Official |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*MICHAEL TORBIC*
*Complainant's signature*

Michael Torbic, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 21, 2020

*Judge's signature*

City and state: Los Angeles, California

Hon. Gail J. Standish, U.S. Magistrate Judge
*Printed name and title*

AUSA: Ruth Pinkel (213) 894-6077    REC: Detention

**AFFIDAVIT**

I, Michael Torbic, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since January 2016. I am a Certified Public Accountant ("CPA"), who prior to becoming a Special Agent with the FBI had been employed as a Financial Analyst and Auditor. I am currently a member of the FBI's public corruption squad in Los Angeles, California. The public corruption squad is responsible for conducting investigations of violations of criminal laws involving elected and non-elected public officials and major frauds committed against the United States.

2. Since joining the FBI in January of 2016, I have received training in the investigation of violations of criminal law, such as public corruption, fraud against the government, money laundering, and financial crimes, including several hundred hours of formal training at the FBI Training Academy in Quantico, Virginia. During the time that I have been employed by the FBI, I have conducted and participated in numerous investigations relating to the corruption of public officials, bribery, money laundering, and major frauds against the United States. I have participated in many aspects of criminal investigations including the issuance of subpoenas, reviewing evidence, conducting physical and electronic surveillance, working with informants, and the execution of search and arrest warrants. I have interviewed and/or debriefed defendants, informants, and other witnesses who had personal knowledge regarding the investigations in which I have been involved. I have also worked closely with, and learned from, other senior FBI Agents who are experienced in investigating criminal cases, conducting arrests, executing search warrants, and identifying, acquiring, and seizing evidence in criminal cases. I have also served as an affiant for affidavits in support of criminal complaints, search warrants, seizure warrants, and arrest warrants.

Case 2:20-cr-00242-RGK Document 113 Filed 04/20/21 Page 3 of 7 Page ID #:759

### BROUMAND Proposes Using CW1 to Launder Gaddafi Money

71. According to CW1, in 2017, BROUMAND informed CW1 that he had a FBI source who was working with a Libyan General who had taken large sums of cash, approximately $1 or $2 billion, from Libya. BROUMAND told CW1 that the cash had been taken somewhere else in Africa, and that the FBI source was trying to "wash" the money through the United States. According to CW1, BROUMAND told CW1 that he was working on obtaining FBI approval, but wanted to use CW1's private jet to launder the money in the United States. BROUMAND stated that nobody was going to count that much money, so BROUMAND and CW1 would be able to siphon away some of the money for their personal benefit.

72. According to CW1, several weeks to a month after the initial discussion, CW1 asked BROUMAND about the status of the operation. BROUMAND told CW1 that the FBI had deemed the operation was too great a risk and was not going to move forward with it. Based on my conversations with CW1, I learned that BROUMAND told CW1 that he believed they could still pull off the operation without the FBI. BROUMAND told CW1 that they would still need to use CW1's private jet to fly in and pick up the money, and that they would need some armed security. However, according to CW1, BROUMAND eventually told CW1 to "forget about it," and that it was "too dangerous." Given BROUMAND's position in the FBI and CW1's history with BROUMAND, CW1 told me that CW1 believed the information BROUMAND was providing to be credible.

73. Based on my review of FBI source reporting, I know that beginning in late 2016 and continuing through 2017, a FBI source was reporting to BROUMAND information regarding $2.5 billion that was smuggled out of Libya at the direction of Muammar al-Gaddafi ("Gaddafi") prior to the Arab Spring. The FBI source provided details to BROUMAND regarding the alleged location of the money. Based on my review of an audit of the FBI's case management database, on or about October 4, 2016, BROUMAND queried "Gaddafi money" in the FBI database. BROUMAND's query returned additional information that it appears

29

BROUMAND told CW1 in devising a scheme to personally profit from the FBI source's information regarding the Gaddafi money.

### BROUMAND Offers to Remove Individuals from the Terrorist Watchlist

74. According to CW1, BROUMAND told CW1 that he had the ability to remove Iranians from the terrorist watchlist. CW1 told me that CW1 understood this be an offer from BROUMAND, to remove someone from the terrorist watchlist at the direction of CW1 in exchange for a bribe payment. According to CW1, CW1 never asked BROUMAND to remove anyone from the terrorist watchlist.

### C. False Statements by BROUMAND

#### False Statements on SFDF

75. Pursuant to Executive Order 12968, the FBI has established a Financial Disclosure Program whereby personnel with access to particularly sensitive classified information are required to complete and submit an annual Security Financial Disclosure Form ("SFDF"). Because of his position as a FBI Special Agent with access to sensitive compartmented information, BROUMAND was required to complete and submit a SFDF annually. The SFDF form contains a certification, signed by BROUMAND that the answers are "true, complete and accurate" and an acknowledgement by him that false answers are subject to punishment under 18 U.S.C. § 1001 (False Statements).

76. I have obtained and reviewed BROUMAND's SFDF forms, and learned that BROUMAND failed to disclose, and/or misrepresented the bribe payments he received from CW1 on his 2015, 2016, and 2017 SFDF. BROUMAND submitted his 2015 SFDF on or about April 25, 2016; his 2016 SFDF on or about March 24, 2017; and his 2017 SFDF on or about April 27, 2018.

77. The SFDF requires the filer to disclose all sources of income for the year, and to describe their cash income if it exceeds $10,000 for the year. Based on my review of his SFDF, BROUMAND failed to disclose on his 2015 and 2016 SFDF any of the bribe payments he received from CW1, cash or checks, as detailed above in paragraphs 47 to 64. BROUMAND

Continuation of FD-302 of (U) Interview of JONATHAN KELLY (7/2020) , On 07/20/2020 , Page 5 of 8



### Gaddafi Money / Ducati

KELLY noted that the information in the Criminal Complaint against BROUMAND regarding Libyan leader Muammar Gaddafi's money and the Ducati motorcycle was enlightening. BROUMAND brought CHS reporting to KELLY regarding several billion dollars of Gaddafi's money that they could recover. KELLY felt it was a little odd as BROUMAND was so focused on the money, when the priority for their squad was to prevent things from "blowing

up." KELLY may have let BROUMAND kick the operation to recover the money around for a couple days, but it was not a collection requirement or high priority for the FBI so KELLY shut down the operation pretty quickly. As for the Ducati, KELLY believed that BROUMAND was storing the Ducati referenced in the complaint as a bribe payment form SARGSYAN in KELLY's parking spot in the SFFO garage. BROUMAND asked KELLY if he could store the Ducati in his spot as he did not want his wife to know about the motorcycle. KELLY believed that BROUMAND either said he did not want his wife to know about the payments or she did not want him riding a motorcycle, which is why he needed to store the Ducati in the SFFO garage. KELLY was not aware of any other motorcycles BROUMAND owned.

