STEVEN F. GRUEL (CSBN 213148)
315 MONTGOMERY STREET   10TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE; 415.533.6973
attystevengruel@sbcglobal.net

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-20-224-RGK |
| v. | |
| BABAK BROUMAND | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed   [ ] Lodged:  (**List Documents**)

DEFENDANT  BABAK BROUMAND'S
REPLY TO THE GOVERNMENT'S OPPOSITION TO THE DEFENSE
DISCOVERY MOTION; DEFENDANT'S EX PARTE APPLICATION TO FILE UNDER SEAL; and
PROPOSED ORDER TO FILE UNDER SEAL

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

August 3, 2022
Date

STEVEN F. GRUEL
Attorney Name
 BABAK BROUMAND
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).