## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | 2:20-cr-00224-RGK | Date: August 15, 2022 |
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Interpreter | N/A | |

| Joseph Remigio | not reported | Ruth Pinkel - Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BABAK BROUMAND | NOT | | X | Steven F. Gruel | NOT | | X |

**Proceedings:** **ORDER re Request to Scheduling CIPA Discovery Hearing and Motion to Compel Discovery (DE 137)**

On July 6, 2022, Defendant filed the current motion to: (1) request that his April 15, 2022 CIPA Discovery Motion be set for hearing on the same date as the CIPA Section 6, hearing; and (2) compel production of (a) specific non-classified information related to other investigations of Defendant, (b) other *Brady* materials regarding Individual A, and (c) and other miscellaneous items.

As to Defendant's first request regarding his April 15, 2022 discovery motion, the Court orders Defendant to refile his discovery motion to include only those discovery issues that fall under CIPA, and have not been addressed by the current order. In light of the impending August 30, 2022 trial date, Defendant shall file this motion no later than August 18, 2022. The Government's opposition shall be filed no later than August 22, 2022. Any reply to the opposition shall be filed no later than August 24, 2022. Should the trial date get continued, the parties may request, and the Court will consider an adjustment to the briefing dates. Once the briefings have been the filed, the Court will determine whether an in-person hearing is required.

As to Defendant's Motion to Compel, Defendant has categorized the items requested into (1) non-classified requests regarding other investigations of Defendant, (2) other *Brady* materials regarding Individual A, and (3) other miscellaneous items. With respect to categories (1) and (2), the Court has reviewed Defendant's requests and finds that Defendant fails to provide any facts to convince the Court that his requests are no more than an improper fishing expedition. With respect to category (3), Defendant lists numerically, nine items, some of which are simply referred to as reports identified by Bates Number. Defendant states that the materials listed are "either requested under Rule 16, Brady, or are materials the government agreed but have yet to provide." (Defendant's Discovery Motion, p. 9, lines 25-26.) To the extent the Government has already agreed to production of any of the specific items requested, the Court finds the request moot as to those items. As to the remaining items, Defendant has not provided any specific facts or arguments showing how any of the items are material to his defense of the case. In fact, in some instances, Defendant has not even described the nature of the items sought.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Based on the foregoing, the Court hereby **denies** Defendant's motion to compel.

**IT IS SO ORDERED.**

                                                  Initials of Deputy Clerk   jre/v

cc: