STEVEN F. GRUEL (SBN213148)
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Phone: 415-533-6973
Email: attystevengruel@sbcglobal.net
www.gruellaw.com

Attorney for BABAK BROUMAND

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case Number: CR-20-224-RGK |
| Plaintiff, ) | |
| ) | **DEFENDANT BABAK BROUMAND'S NOTICE OF CIPA FILINGS** |
| v. ) | |
| ) | **HONORABLE R. GARY KLAUSNER** |
| BABAK BROUMAND, ) | |
| Defendant. ) | |

Defendant, Babak Broumand, by and through his attorney, Steven F. Gruel, hereby respectfully submits this DEFENDANT BABAK BROUMAND'S NOTICE OF CIPA FILING.

**TO: THE HONORABLE R. GARY KLAUSNER;**
 **ACTING UNITED STATES ATTORNEY STEPHANIE M. CHRISTENSEN; and**
 **ASSISTANT UNITED STATES ATTORNEY RUTH C. PINKEL:**

**PLEASE TAKE NOTICE** that on August 19, 2022, Defendant, Babak Broumand, by and through his counsel of record, Steven F. Gruel, pursuant to the Additional Protective

Order in this case (Dkt. #79) made submissions to the Classified Information Security Officer (CISO) designee pursuant to the Classified Information Procedures Act.

The submissions are described as:

1. **DEFENDANT BABAK BROUMAND'S MOTION FOR DISCOVERY OF CLASSIFED INFORMATION IN ACCORDANCE WITH THE CLASSIFIED INFORMATION PROCEDURES ACT (CIPA)**

– and –

**SUPPORTING DECLARATION OF STEVEN F. GRUEL with EXHIBITS**

Respectfully submitted,

Dated: August 19, 2022

By: /s/ Steven F. Gruel_____
STEVEN F. GRUEL, ESQ.
Attorney for BABAK BROUMAND