STEPHANIE M. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Public Corruption and Civil Rights Section
MICHAEL J. MORSE (Cal. Bar No. 291763)
Assistant United States Attorney
General Crimes Section
    1500/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6077/7367
    Facsimile: (213) 894-0141
    E-mail:   ruth.pinkel@usdoj.gov
              michael.morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-224(A)-RGK |
| Plaintiff, | DECLARATION OF ASSISTANT ATTORNEY GENERAL MATTHEW G. OLSEN RE: CIPA SECTION 6 |
| v. | |
| BABAK BROUMAND, | CIPA § 6 Hearing: August 23, 2022 |
| Defendant. | Hearing Time:  10:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ruth C. Pinkel and Michael J. Morse, in preparation for the CIPA § 6 hearing set for August 23, 2022, hereby files the declaration of Assistant Attorney General Matthew G. Olsen, the Assistant Attorney General in charge of the National Security Division, United States Department of Justice.

    In accordance with CIPA § 6(a), Matthew G. Olsen, a designee of the Attorney General of the United States, has certified that a

public proceeding on any part of this matter may result in the disclosure of the classified information which is the subject of the Government's motion.

Dated: August 22, 2022          Respectfully submitted,

                                STEPHANIE M. CHRISTENSEN
                                Acting United States Attorney

                                SCOTT M. GARRINGER
                                Assistant United States Attorney
                                Chief, Criminal Division

                                  /S/ Ruth C. Pinkel
                                RUTH C. PINKEL
                                MICHAEL J. MORSE
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA