## Exhibit 1

