**Exhibit 2**

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) To document San Francisco interaction with Felix Cisneros, Jr.

**Date:** 06/24/2016

**CC:** ADKINS BRIAN C

**From:** SAN FRANCISCO
    SF-H2
    **Contact:** BROUMAND BABAK, 415-575-2741

**Approved By:** KELLY JONATHAN G

**Drafted By:** BROUMAND BABAK

**Case ID #:** ▉▉▉▉▉▉▉▉▉▉ (U) FELIX CISNEROS;
SPECIAL AGENT;
IMMIGRATION AND CUSTOMS ENFORCEMENT;
CORRUPTION OF FEDERAL PUBLIC OFFICIALS -
BORDER RELATED

**Synopsis:** (U//FOUO) To document SA Babak Broumand meeting Felix Cisneros, Jr.

**Full Investigation Initiated:** 03/21/2016

**Details:**

On 05/19/2016, Federal Bureau of Investigation Special Agent Babak Broumand attended a dinner party celebrating Edgar Sargysyan being admitted to the California State Bar. Sargysyan's law partner, Henrik Mosesi had invited SA Broumand. SA Broumand has known Mosesi since the early 1990's when they attended Western State University, School of Law together.

The dinner party was held at the Grand Havana Room, 301 North Canon Drive, Suite 215, Beverly Hills, California. There were approximately 15 people attending the dinner. SA Broumand sat next to Homeland Security Investigations SA Felix Cisneros, Jr. during dinner. This was SA Broumand's second encounter with SA Cisneros. The first was

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title: (U//FOUO) To document San Francisco interaction with Felix Cisneros, Jr.
Re: ▮▮▮▮▮▮▮▮▮▮ 06/24/2016

approximately a year prior. During the first meeting a year ago, SA Cisneros initially kept his distance from SA Broumand. SA Cisneros asked SA Broumand what type of cases he investigated. SA Broumand indicated that he was an intelligence Agent and not involved in criminal FBI investigations. SA Cisneros engaged in conversation with SA Broumand after SA Broumand clarified his role in the FBI. The initial meeting was at the Grand Havana Room.

The 05/19/2016 dinner party started at approximately 7 pm. SA Broumand and Mosesi were the only two attendees who arrived at 7 pm. During dinner, SA Cisneros consistently ordered Moscow Mules. While seated next to SA Cisneros, SA Broumand noted SA Cisneros drank eight Moscow Mules and consumed three tequila shots. By the end of the evening, SA Cisneros was speaking in a loud voice. SA Cisneros left at approximately 10 pm, SA Broumand is unsure when SA Cisneros arrived to the dinner party. SA Cisneros arrived and departed with an unknown police officer from Glendale police department. The Glendale police officer is described as about 5'10", of stocky build with balding hair.

♦♦

CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER USAO_00078354