**Exhibit 3**

