**Exhibit 4**

## UNITED STATES v. BABAK BROUMAND

### SUMMARY OF DEPOSIT
### ANDOR'E INC. CASHIER'S CHECK

### Count 1 - Overt Act 18: 18 USC 371
### Count 3: 18 USC 201 (b) (2) (C)
### Count 5: 18 USC 1957 (a), 2(b)



**$30,000.00 Cashier's Check**
**Remitter: Andor'e Inc.**

Deposited on 09/30/2015
Beverly Hills Downtown Branch
9245 Wilshire Blvd.
Beverly Hills, CA 90210

Lovebugs, LLC
JPMC Business Checking 8236

**Exhibit 203A**
[Source: Exhibits 156-157]

**UNITED STATES v. BABAK BROUMAND**

**SUMMARY OF FLOW OF FUNDS**
**CASHIER'S CHECK TO REAL PROPERTY**



**3275 West Lake Boulevard**
**Homewood, CA 96141**

$35,000.00 Transfer on 10/09/2015

Babak Broumand or Malamatenia Mavromatis
USAA Personal Checking 1136

Babak Broumand or Malamatenia Mavromatis
USAA Personal Savings 1128

$355,335.06 Wire Transfer
to Placer Title Company
10/29/2015

$30,000.00 Wire on 10/05/2015

**Lovebugs, LLC**
**JPMC Business Checking 8236**

DRAFT

**Deposited on 09/30/2015**

**CASHIER'S CHECK**                    0081403081

Office AU #        11:24
Rush Item:      ANDOR'E INC
Operator I.D.: u022483    cu0144254

PAY TO THE ORDER OF    ***LOVE BUGS***

September 30, 2015

***Thirty thousand dollars and no cents***          **$30,000.00**

Payee Address:

WELLS FARGO BANK, N.A.
9354 WILSHIRE BLVD
BEVERLY HILLS, CA 90212
FOR INQUIRES CALL (469) 384-3123

AUTHORIZED SIGNATURE

$30,000.00 Cashier's Check
Remitter: Andor'e Inc.

**Exhibit 203B**

[Source: Exhibits 133-134, 156-157]

## UNITED STATES v. BABAK BROUMAND

### SUMMARY OF FLOW OF FUNDS
### SEPTEMBER TO OCTOBER 2015



**3275 West Lake Boulevard**
**Homewood, CA 96141**

**Babak Broumand or Malamatenia Mavromatis**
**USAA Personal Checking 1136**

$20,000.00 Transfer on 09/25/2015
$35,000.00 Transfer on 10/09/2015

**Babak Broumand or Malamatenia Mavromatis**
**USAA Personal Savings 1128**

$355,335.06 Wire Transfer
to Placer Title Company
10/29/2015

$20,000.00 Wire on 09/25/2015
$30,000.00 Wire on 10/05/2015

Check #2009
$10,000.00
Posted 09/21/2015
Payable to Babak Broumand

$8,000.00 Cash Deposited on 09/21/2015
$8,000.00 Cash Deposited on 09/24/2015
$9,000.00 Cash Deposited on 09/25/2015
Count 1: Overt Act 15, 16, 17

**Cash**

**Lovebugs, LLC**
**JPMC Business Checking 8236**

Deposited on 09/30/2015
Count 5

$30,000.00 Cashier's Check
Remitter: Andor'e Inc.

DRAFT

### Exhibit 203C

[Source: Exhibits 133-134, 154-157, 159-161]