**Exhibit 5**



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Michael J. Morse*  
*Phone:  (213) 894-6077*  
*E-mail:  michael.morse1@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California  90012*

---

August 9, 2022

**VIA EMAIL**

Steven Gruel, Esq.  
315 Montgomery Street, 9th Floor  
San Francisco, CA 941  
Email: attystevengruel@sbcglobal.net;

   Re: **U.S. v. Babak Broumand**  
      **Case No.: 2:20-224-RGK**

Dear Mr. Gruel:

  The government hereby gives notice that it may seek to introduce certain evidence that it believes is inextricably intertwined with the charged conduct in this case.[i]  While the government does not believe this evidence constitutions other crimes, wrongs, or acts committed by defendant, pursuant to Rule 404(b) of the Federal Rules of Evidence, such that the government is required to provide reasonable notice under Rule 404(b), the government nevertheless provides such notice in an abundance of caution.  We have previously produced discovery relating to testimony the government will seek to introduce under Rule 404(b), or as inextricably intertwined with the charged conduct.  Specifically, the evidence that the government may seek to introduce includes the following:

  Individual A will testify that, in or around 2017, the defendant informed him/her about the existence of money (approximately one to two billion dollars) believed to be in Africa, purportedly belonging to Muammar Gaddafi.  Individual A will further testify that the defendant asked Individual A whether the defendant could use a jet owned/controlled by Individual A in order to fly to Africa and obtain the money purportedly belonging to Muammar Gaddafi.  Individual A will testify the defendant told him/her that, using Individual A's jet, the defendant and Individual A could pick up the cash, and bring it into the United States with the FBI's approval.  The defendant further explained that the defendant and Individual A could take some of the money without the FBI's knowledge.  Individual A will further testify that, a few weeks later, the defendant told Individual A the FBI would not approve the "operation."  However, the defendant and Individual A could nevertheless travel to Africa using Individual A's jet and obtain the money themselves.  (See USAO_0001188 – USAO_00011193).  After a while, the defendant told Individual A to disregard the idea.  (Id.)

Steven Gruel, Esq.
RE:  U.S. v. Babak Broumand.
August 9, 2022
Page 2

      The government will further present evidence that the defendant utilized confidential law enforcement databases to obtain information regarding the monies described above (See USAO_00474356), authored certain law enforcement reports related to the same (See USAO_00084743– USAO_00084746), and sought additional information from employees of the federal government to further this scheme. (See USAO_00474874 – USAO_00474875.)

      The government believes above testimony and evidence is inextricably intertwined with the facts and circumstances of this case.  That is, the defendant's use and misuse of governmental resources for personal financial gain, while acting in concert and coordination with Individual A, is inextricably intertwined with the corrupt relationship between the defendant and Individual A.

      To the extent the Court accepts the above evidence pursuant to Federal Rule of Evidence 404(b), the above acts demonstrate the defendant's Intent to use governmental resources for personal financial gain, his Common Plan and Scheme, and his Modus Operandi in doing so.

      Please contact us immediately if you believe that this notice is insufficient.  Please let us know if you have any questions or would like to further discuss any of the matters raised above.

Very truly yours,

/s/

RUTH C. PINKEL
MICHAEL J. MORSE
JUAN M. RODRIGUEZ
Assistant United States Attorneys
Public Corruption and Civil Rights, and General Crimes Section

---

[i] This notice amends and supersedes the government's previous notice, pursuant to Federal Rules of Evidence 404(b), provided to you on August 12, 2021, and as supplemented by the government's briefs at Dkts. 81, and 107.