# Exhibit 6

Babak Broumand
Malamatenia Broumand

███████████████

October 21, 2015

To Whom It May Concern:

When I sold my boat, the seller used a check drawn from his business account.  I requested he write the check to my business "LoveBugs" at Chase Bank.  This was because my personal bank is USAA and it is located in Texas.  I wanted to deposit the check immediately in California and did not want to wait for mailing it to Texas.

Please advise if you need further clarification on this matter.

Sincerely,

Babak and Malamatenia Broumand

USAO_00075883

# BILL OF SALE FOR A VESSEL/TRAILER

This is to certify that I/We have sold the following listed vessel, trailer and/or outboard motor to:

Name of Purchaser(s) E████ S████████

Date of Sale 09/30/2015

Total Purchase Price *$ 30,000.00

*If the sale includes a boat with an outboard motor and a trailer, enter the value of each of the components below:

Boat $ 30,000     · Outboard Motor $ N/A     Trailer $ N/A

**DESCRIPTION OF VESSEL:**

Make Sea Ray     Year 1991   Length 31   Title Number _____

Hull ID Number SERT2651C191   Registration Number CF 8095ND

**DESCRIPTION OF TRAILER:**

Make _____   Year _____   Empty Weight _____

Identification Number _____   License Plate Number _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FORGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____     _____
Signature of Seller     Signature of Co-Seller

Babak Broumand

Printed Name of Seller     Printed Name of Co-Seller

_____     _____
Signature of Purchaser     Signature of Co-Purchaser

E████ S████████

Printed Name of Purchaser     Printed Name of Co-Purchaser

Rev.08/30/13

USAO_00075884

JPMorgan Chase & Co.

Post date:        20150930                    Account:                    8236

Amount:          $ 30000.00                   Check Number:               081

CASHIER'S CHECK                    081                                              883

Remitter:  AMDOR'S INC
Operator I.D.:

PAY TO THE ORDER OF    ***LOVE BUGS***              September 30, 2015

***Thirty thousand dollars and no cents***         **$30,000.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
9364 WILSHIRE BLVD
BEVERLY HILLS, CA 90212
FOR INQUIRIES CALL (480) 384-3122                  VOID IF OVER US $  30,000.00

                                                   AUTHORIZED SIGNATURE

⑈008⑈⑈40308⑈⑈  ⑆⑈2⑈0002⑈8⑆⑈48⑈⑈  5⑈⑈⑈83⑈

*Sold Boat*
*title + Bill of Sale*
*to follow*

© 2013 JPMorgan Chase & Co.

USAO_00075885