STEPHANIE M. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Public Corruption and Civil Rights Section
MICHAEL J. MORSE (Cal. Bar No. 291763)
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorneys
General Crimes Section
     1500/1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6077/7367
     Facsimile:  (213) 894-0141
     E-mail:     ruth.pinkel@usdoj.gov
                 michael.morse@usdoj.gov
                 juan.rodirguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-224-RGK |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF LODGING OF PROPOSED ORDER REGARDING TRIAL CONTINUANCE AND FOR EXCLUDABLE TIME FINDINGS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| BABAK BROUMAND | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Ruth C. Pinkel, Michael J. Morse, and Juan M. Rodriguez, hereby lodges a proposed order for excludable time under the Speedy Trial Act, following the

//

Court's Order continuing trial to September 20, 2022, and the parties' September 13, 2022 status conference regarding trial.

Dated: September 14, 2022

Respectfully submitted,

STEPHANIE M. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

___/s/_____
RUTH C. PINKEL
MICHAEL J. MORSE
JUAN M. RODRIGUEZ
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA