STEVEN F. GRUEL (SBN213148)
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Phone: 415-533-6973
Email: attystevengruel@sbcglobal.net
www.gruellaw.com

Attorney for BABAK BROUMAND

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> BABAK BROUMAND, </br></br> Defendant. | Case Number: CR-20-224-RGK </br></br> DEFENDANT BABAK BROUMAND'S OPPOSITION TO GOVERNMENT'S MIL #1 REGARDING MENTIONING PREVIOUSLY SCHEDULED TRIAL DATE OF SEPTEMBER 13, 2022 </br></br> **HONORABLE R. GARY KLAUSNER** </br></br> **Trial Date: September 20, 2022 at 9:00 am** |

    Defendant, Babak Broumand, by and through his attorney, Steven F. Gruel, hereby respectfully submits this DEFENDANT BABAK BROUMAND'S OPPOSITION TO

*DEFENDANT BABAK BROUMAND'S*
*OPPOSITION TO GOVERNMENT'S MIL #1*
1

GOVERNMENT'S MIL #1 REGARDING MENTIONING PREVIOUSLY SCHEDULED TRIAL DATE OF SEPTEMBER 13, 2022.

## **BABAK BROUMAND'S OPPOSITION TO THE GOVERNMENT'S MIL #1**

Still reeling from informant E.S.'s monumental September 12, 2022, midnight hour confession that he defrauded the California State Bar in a well-orchestrated scheme which involved: (1) paying Pillar Law Group attorney H.M. to study for the bar exam; (2) having A.K. and H.N. create counterfeit identification documents for H.M. to pose as E.S.; (3) traveling to Sacramento for the 2015 bar exam to avoid recognition from anyone; and (4) having H.M. successfully take the bar exam for E.S., the government is still engaged in damage control. Since early 2016, E.S. has fraudulently posed as a licensed attorney to clients, opposing attorneys, Judges, law enforcement, the FBI, and eventually the prosecutors in this case. Only 10 hours before trial did E.S. reveal his illegal acquisition of a California State Bar license.

The prosecution's MIL #1 is part of its damage control. The motion seeks exclusion of any mention of a September 13, 2022 trial date which was moved to September 20, 2022. The defense has no intention, unless the door is opened by the prosecution, of mentioning in any form that the trial date was moved to September 20, 2022.

However, the content of all E.S.'s September 12, 2022, admissions of fraud and lies, *as well as the timing of his confessions*, are extremely relevant impeachment material which go to the very heart of E.S.'s lack of any credibility. The fact of a resulting trial continuance need not be mentioned. E.S.'s admissions regarding his scheme to become a phony attorney, that he never revealed this for over 5 years while cooperating with law enforcement and that he waited until 10 hours before trial should be raised and explored by the defense on cross-examination. It is highly relevant that E.S. waited *to what he thought* was the last possible moment (10 hours before the start of trial) to drop his "bombshell" of lies onto the prosecutors, the defense and the Court. Nothing in this approach, that "he waited 10 hours before start of trial," suggests or says the trial

was continued from September 13, 2022 to September 20, 2022.  The jury need not know that the late confession pertained to a different trial date – the actual trial date is immaterial. What is material is the delayed confession until just before the trial was scheduled to start.

In fact, the timing of E.S.'s confession (10 hours before trial) is cleverly calculated by him. E.S. clearly waited until the last possible moment so as to afford little or no time for the prosecution or defense to react and fully explore the scope of E.S.'s wrongdoing.  E.S. misjudged the defense resolve to file its emergency motion regardless of his carefully timed late hour confession so as to completely scrutinize this informant's complete lack of character and con artist lifestyle.

Notwithstanding that the defense does not intend to mention that the trial was continued a week, it should be noted that the government does not accurately report what occurred in Court on September 13, 2022.  The Court will recall that before granting the continuance, it gave the prosecution team 10 minutes to huddle and determine its position to the request in the defense emergency motion.  The government fails to mention that it did not oppose a short continuance and, in fact, stated its reasons in justifying a non-opposition to a short continuance.  It cannot now attempt to whitewash or side-step that which factually occurred: E.S. stretched his lies to the last possible moment – right before start of trial. That should, and can, be explored without ever mentioning that the trial date was continued by simply agreeing that E.S. waited 10 hours before start of trial to admit the deeply hidden secrets concealing the truth about his California Bar license.

Respectfully submitted,

Dated: September 18, 2022

By: */s/ Steven F. Gruel*_____
STEVEN F. GRUEL, ESQ.
Attorney for BABAK BROUMAND