# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cr-00224-RGK-1 | Date | September 20, 2022 |
| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
| Interpreter | n/a | | |

| J. Remigio | Sheri Kleeger | Ruth Pinkel/Michael Morse/Juan Rodriguez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BABAK BROUMAND | X | | X | Steven Gruel | X | | X |

|   | Day COURT TRIAL | 1st Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|

|   | One day trial; | X  Begun (1st day); | X  Held & continued; |   | Completed by jury verdict/submitted to court. |

X  The Jury is impaneled and sworn.

X  Opening statements made  both parties.

X  Witnesses called, sworn and testified.

X  Exhibits identified   X  Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:                Jury Verdict as follows:

Dft # ___  Guilty on count(s) ___         Not Guilty on count(s) ___

___ Jury polled            ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X  Case continued to  9/21/2022 @ 8:30 AM  for further trial/further jury deliberation.

X  Other:  As more fully reflected on the record, the Court and counsel confer regarding witnesses and evidence. The Court rules of the Motion in Limine [209], granting in part and denying in part.

                                                                                 4  :  30

Initials of Deputy Clerk   jre/kph