# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:20-cr-00224-RGK-1 |
| Date | September 21, 2022 |
| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
| Interpreter | n/a |

| J. Remigio | Sheri Kleeger | Ruth Pinkel/Michael Morse/Juan Rodriguez |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BABAK BROUMAND | X | | X | Steven Gruel | X | | X |

\_\_\_ Day COURT TRIAL     2nd Day JURY TRIAL     \_\_\_ Death Penalty Phase

\_\_\_ One day trial;   \_\_\_ Begun (1st day);   X Held & continued;   \_\_\_ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

\_\_\_ Opening statements made

X  Witnesses called, sworn and testified.

X  Exhibits identified       X  Exhibits admitted

\_\_\_ Government rests.   \_\_\_ Defendant(s) \_\_\_ rest.

\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

\_\_\_ Closing arguments made   \_\_\_ Court instructs jury   \_\_\_ Bailiff sworn

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_ Alternates excused   \_\_\_ Jury retires to deliberate   \_\_\_ Jury resumes deliberations

\_\_\_ Finding by Court as follows:   \_\_\_ Jury Verdict as follows:

Dft # \_\_\_ Guilty on count(s) \_\_\_     \_\_\_ Not Guilty on count(s) \_\_\_

\_\_\_ Jury polled       \_\_\_ Polling waived

\_\_\_ Filed Witness & Exhibit lists   \_\_\_ Filed Jury notes   \_\_\_ Filed Jury Instructions   \_\_\_ Filed Jury Verdict

\_\_\_ Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to \_\_\_ for sentencing.

\_\_\_ Dft # \_\_\_ remanded to custody.   \_\_\_ Remand/Release# \_\_\_ issd.   Dft # \_\_\_ released from custody.

\_\_\_ Bond exonerated as to Dft # \_\_\_

X  Case continued to   9/22/2022 @ 8:30 AM   for further trial/further jury deliberation.

\_\_\_ Other: .

                                                                                       5 : 01
                                                                  Initials of Deputy Clerk   kmh