# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cr-00224-RGK-1 | Date | October 3, 2022 |

Present: The Honorable   R. GARY KLAUSNER, U.S. DISTRICT JUDGE

Interpreter   n/a

| Joseph Remigio | Sherri Kleeger<br>Not Reported | Ruth Pinkel/Michael Morse/Juan Rodriguez<br>Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BABAK BROUMAND | not | | X | Steven Gruel | not | | X |

_____ Day COURT TRIAL          10th Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial;   Begun (1st day);   X  Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.   _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made   _____ Court instructs jury   _____ Bailiff sworn

_____ Clerk reviewed   admitted   exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused   _____ Jury retires to deliberate   **X**   Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X  Case continued to   10/4/2022 @ 8:30 AM   for further trial/further jury deliberation.

_____ Other:

_____ : 00

Initials of Deputy Clerk   jre   _____