FILED
CLERK, U.S. DISTRICT COURT
10/04/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00224(A)-RGK |
|---|---|
| Plaintiff, | VERDICT FORM |
| v. | **REDACTED** |
| BABAK BROUMAND, | |
| Defendant. | |

**COUNT ONE**

We, the jury in the above-captioned case, unanimously find the defendant Babak Broumand:

✓            **GUILTY**

___           **NOT GUILTY**

of conspiracy as charged in Count One of the First Superseding Indictment.

You should now proceed to Count Two.

```
 1  COUNT TWO
 2       We, the jury in the above-captioned case, unanimously find the
 3  defendant Babak Broumand:
 4            ✓                    GUILTY
 5            ___                  NOT GUILTY
 6  of bribery of a public official as charged in Count Two of the First
 7  Superseding Indictment.
 8
 9       You should now proceed to Count Three.
```

**COUNT THREE**

We, the jury in the above-captioned case, unanimously find the defendant Babak Broumand:

✓            **GUILTY**

___           **NOT GUILTY**

of bribery of a public official as charged in Count Three of the First Superseding Indictment.

Proceed to Count Four.

```
1   COUNT FOUR
2        We, the jury in the above-captioned case, unanimously find the
3   defendant Babak Broumand:
4                      [Foreperson initials redacted by the Court.]  GUILTY
5                      ✓   NOT GUILTY
6   of bribery of a public official as charged in Count Four of the First
7   Superseding Indictment.
8
9        Proceed to Count Five.
```

**COUNT FIVE**

We, the jury in the above-captioned case, unanimously find the defendant Babak Broumand:

 __✓__   **GUILTY**

 _____   **NOT GUILTY**

of monetary transactions in property derived from specified unlawful activity as charged in Count Five of the First Superseding Indictment.

Proceed to Count Six.

**COUNT SIX**

We, the jury in the above-captioned case, unanimously find the defendant Babak Broumand:

_____   GUILTY

✓   NOT GUILTY

of monetary transactions in property derived from specified unlawful activity as charged in Count Six of the First Superseding Indictment.

The foreperson should now sign and date this verdict form.

**FOREPERSON SIGNATURE REDACTED BY THE COURT**

DATED: October 3, 2022, at Los Angeles, California.