UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-cr-00224-RGK |
|---|---|
| Plaintiff, | FORFEITURE SPECIAL VERDICT FORM |
| v. | |
| BABAK BROUMAND, | **REDACTED** |
| Defendant. | |

We, the jury in the above captioned case, present the following unanimous verdict as to defendant Babak Broumand:

### COUNTS ONE THROUGH THREE

Following the guilty verdict against Defendant Babak Broumand on Counts One through Three of the First Superseding Indictment, the government seeks forfeiture of the following property:

All of the convicted defendant's right, title and interest in certain real property located in Placer County, State of California, commonly known as 3275 West Lake Boulevard Homewood, CA 96141 (APN 085- 260-034-000)

1. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses committed in any of Counts 1-3?

YES ☐   NO ☑

Please proceed to Question 2.

**COUNT FIVE**

All of the convicted defendant's right, title and interest in certain real property located in the County of Placer, State of California, commonly known as 3275 West Lake Boulevard Homewood, CA 96141 (APN 085-260-034-000)

2. Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture because it is property involved in the offense committed in Count 5?

    YES ☐        NO ☒

October 4, 2022
DATED

**FOREPERSON SIGNATURE REDACTED BY THE COURT**