## LIST OF EXHIBITS AND WITNESSES

F I L E D
CLERK, U.S. DISTRICT COURT

10/4/22

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KMH _____ DEPUTY

| Case Number | 2:20-CR-00224-RGK-1 | Title | USA V. BABAK BROUMAND |
|---|---|---|---|
| **Judge** | KLAUSNER | | |
| **Dates of Trial or Hearing** | SEPTEMBER 20, 2022 - OCTOBER 4, 2022 | | |
| **Court Reporters or Tape No.** | SHERI KLEEGER | | |
| **Deputy Clerks** | K.PASTRANA HERNANDEZ/ JOE REMIGIO | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| RUTH PINKEL, MICHAEL MORSE, BRENT WHITTLESEY | STEVEN FRANCIS GRUEL |
| JUAN RODRIGUEZ, TARA VAVERE | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | PLEASE SEE ATTACHED WITNESS | |
| | | | | | | AND EXHIBIT LISTS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

United States v. Babak Broumand
CR NO. 20-224(A) RGK
DEFENSE'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT | IN EVID |
|---|---|---|---|
| 1001 | Photo: ES and Gavin Newsom at ES office | | 9/22 |
| 1002 | Photo: ES, Gavin Newsom, and JB at ES office | | 9/22 |
| 1003 | Photo: Gavin Newsom, FC, JB and ES at GHR | | 9/22 |
| 1004 | Photo: Gavin Newsom, FC, ES, and JB | | 9/22 |
| 1005 | ES text to BB re Gavin Newsom asks about Levon Termendzhyan | | 9/22 |
| 1006 | ES text to FC re Hilary Clinton "take care of us ALL!" | | 9/22 |
| 1007 | Photo: ES and Hilary Clinton | | 9/22 |
| 1008 | Photo: ES and Obama | | 9/22 |
| 1009 | Photo: ES and Trump | | 9/22 |
| 1010 | Photo: ES and de Leon | | 9/22 |
| 1011 | Photo: Cavacas | | |
| 1012 | SOS, Statement of Info filing for Cavacas | | |
| 1013 | Photo: ES, Ralf, Bauer, Henri Mosesi, FC, Art Kalantar | | 9/22 |
| 1014 | Photo: ES, Art Kalantar, Ralf, FC, JB | | 9/22 |
| 1015 | Photo: ES and Ryan Lawrence | | 9/22 |
| 1016 | Photo: ES and FC | | 9/22 |
| 1017 | Photo: cheers | | 9/22 |
| 1018 | Photo: BB, ES, Las Vegas mansion | | 9/22 |
| 1019 | Photos: Turkish President Erdogan with Baran Korkmaz, Levon Termendzhyan (BN 76562, 76561, 76563, 76746, 76747) | | 9/28 |
| 1020 | Photo: 150 S Rodeo | | 9/22 |
| 1021 | Photo: La Massina mansion | | 9/22 |
| 1022 | Photo: Park Colombo mansion | | 9/22 |
| 1023 | Photo: 5760 Ventura Blvd, Encino | | |
| 1024 | Photo: Tribune Law Firm | | |
| 1025 | Screenshot of ES LinkedIn page | | |
| 1026 | Photo: Pacquiao vs. Bradley boxing match tickets – 4/9/16 at MGM Grand, Las Vegas | | |
| 1027 | Photo: Henri Mosesi, Anthony Williams, ES, JB, Levon Aslian, and unknown males | | |
| 1028 | Photo: Anthony Williams, Aslian, and ES ringside at Pacquiao Las Vegas fight | | |
| 1029 | Photo: Anthony Williams, Aslian, ES, JB, FC ringside at Pacquiao Las Vegas fight | | 9/22 |
| 1030 | ES and wife at a function with Levon Termendzhyan | | |
| 1031 | Mara Teigen birthday bash | | |
| 1032 | Mara Teigen billboard | | |
| 1033 | BB EC dated 5/24/2016 re LT (BN 84741-742) | | 9/23 |

EXHIBIT 1034                                              9/26

| 1035 | FD-472 (BN 74618-619) | | |
|------|------------------------|---|---|
| 1036 | BB text to ES re inventory list (BN 74153) | | |
| 1037 | ES text to BB re sale of inventory (BN 74155-156) | | 9/29 |
| 1038 | AMEX credit card statement (BN 29390-391, 29781-782) | | 9/29 |
| 1039 | Chase credit card statement (BN 29350, 29354) | | |
| 1040 | Mosesi email to BB dated 9/11/14 (BN 488670-671) | | |
| 1041 | David Clark email to BB dated 10/21/15 | | 9/28 |
| 1042 | IIR, date of info Dec 2014 (BN 475479-482) | | |
| 1043 | IIR, date of info Dec 2015 (BN 477883-886) | | |
| 1044 | BB EC re Arian Eskandari dated 3/7/16 (BN 477927-929) | | |
| 1045 | BB email to Los Angeles & Anchorage dated 3/4/16 (BN 477725-726) | | |
| 1046 | Photo: BB watch collection and receipts (BN 15047, 15049, 15054) | | 9/26 |
| 1047 | Photo: red Ducati 999s, red/white Honda CB400, black Triumph Daytona, black/white Honda CB750 | | 9/28 |
| 1048 | Photo: Danny Liggins on black/white Honda CB750 | | |
| 1049 | ES handwritten notes re his corporations (BN 500376) | | 9/28 |
| 1050 | BB handwritten debriefing notes, "PCHS" (BN 500365, 500370-372) | | |
| 1051 | List of ES corporations (BN 500367-369) | | |
| 1052 | USAA outgoing wire transfer $355,335.06 (BN 13998-999) | | |
| 1053 | USAA incoming wire transfer $71,709.04 (BN 13980-981) | | 9/29 |
| 1054 | USAA incoming wire transfer $202,256.63 (BN 13983-984) | | 9/29 |
| 1055 | USAA outgoing wire transfer $35,550 (BN 13986-987) | | 9/29 |
| 1056 | USAA incoming wire transfer $29,771.27 (BN 13989-990) | | 9/29 |
| 1057 | USAA incoming wire transfer $20,000 (BN 13992-993) | | |
| 1058 | Photo: 1957 GMC truck | | |
| 1059 | Photo: 1966 Ford Mustang Fastback | | |
| 1060 | Photo: 1968 Porsche 912 | | |
| 1061 | Photo: Awards: CIA Counterproliferation Medal 2000, CIA 2001, 2010, Director of National Intelligence (for effort against ISIS) 2018, FBI Medal of Excellence (for effort against ISIS) 2018 | | |
| 1062 | BB emails re the purchase and sale of motorcycles & automobiles | | 9/28 |
| 1063 | 12/25/2019 ES call to BB recorded | | 9/28 |
| 1064 | BB Calendar book notes | | |
| 1065 | Chart source of funds Homewood, Lake Tahoe | | 9/29 |
| 1066 | $37,000 withdraw TSP | | 9/29 |
| 1067 | Richard Carl charts | | 9/29 |
| 1068 | | | |
| 1069 | | | |

## UNITED STATES v. BABAK BROUMAND

### CR NO. 20-224(A) RGK

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| PHOTOGRAPHS | | | |
| 1 | Photo-Sargsyan, Balian and Jet [USAO_69919] | 9/21 | 9/21 |
| ~~2~~ | Photo-Balian, Cisneros, Broumand, and others at GHR [USAO_69909] | | |
| 3 | Photo-Balian, Cisneros, Broumand, and others at GHR (swearing in party) [USAO_69933] | 9/22 | 9/22 |
| 4 | Photo-Balian, Cisneros, Broumand, and others at GHR [USAO_69932] | 9/21 9/21 | 9/22 -9/23 |
| 5 | Photo-Broumand and Sargsyan [USAO_69941] | 9/21 | 9/21 |
| 6 | Photo-Balian, Cisneros, Broumand, and others at GHR (toasting) [USAO_ 70006] | 9/22 | 9/22 |
| 7 | Photo-Balian, Cisneros, and Broumand at GHR (swearing in party) [USAO_69972] | 9/22 | 9/22 |
| ~~8~~ | Photo-Broumand, Sargsyan, and others at a dinner [USAO_70033] [Same as Ex 22] | | |

# UNITED STATES v. BABAK BROUMAND

## CR NO. 20-224(A) RGK

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| ~~9~~ | Photo-Broumand, Cisneros, Sarqsyan, Balian and others GHR party (Swearing in party) [USAO_69950] | | |
| 10 | Photo-Broumand, Cisneros, cigars, unk male at GHR party [USAO_69956] | 9/22 | 9/22 |
| 11 | Photo-Broumand, Cisneros, Sargsyan at GHR party [USAO_69968] | 9/22 | 9/22 |
| ~~12~~ | Photo-Guest List, including Broumand [USAO_69993] | | |
| 13 | Photo-Broumand, Sargsyan, Balian, and others around a firepit [USAO_70018] | 9/22 | 9/22 |
| ~~14~~ | Photo-Broumand and son [USAO_70021] | | |
| 15 | Photo-Broumand and others at GHR (swearing in party) [USAO_70050] | 9/22 | 9/22 |
| ~~16~~ | Photo-Sargsyan offering Broümand a cigar at GHR (swearing in party) [USAO_70074] | | |
| 17 | Photo-Dinner being served at GHR (swearing in party) [USAO_70105] | 9/22 | 9/22 |

## UNITED STATES v. BABAK BROUMAND

### CR NO. 20-224(A) RGK

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 18 | Photo-BB, CP, FC, JB, and others on tarmac [USAO_00500381] | 9/21 | 9/21 |
| 19 | Photo-BB, CP, FC, JB, and others inside ES' plane [USAO_00500380] | 9/21 | 9/21 |
| 20 | Photo-Broumand and Sargsyan [73879] | | |
| 21 | Pic re Noil energy sent to BB [USAO_00030761] | 9/27 | 9/27 |
| 22 | Photo 5.10.16 bay area dinner – [USAO_00070033] [Same as Ex 8] | 9/22 | 9/22 |
| 23 | Photo-GHR BAR SS [USAO_00069932] | | |
| 24 | Photo-GHR TOAST SS 2 [USAO_00070085] | | |
| 25 | Photo-GHR BAR SS 3 [USAO_00070086] | | |
| 26 | Photo- JAVIER's Dinner With metadata [USAO_00506034_Redacted] | 9/27 | 9/27 |
| 27 | Photo-JAVIER'S Dinner Balian, Cisneros, Broumand, Sargsyan [USAO_489107] | 9/21 | 9/21  9/23 |
| 28 | ES JET BROAD VIEW- 999SE | | |
| 29 | Photo-LT | 9/20 | 9/20 |

9/21-re-published

## UNITED STATES v. BABAK BROUMAND

### CR NO. 20-224(A) RGK

#### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 30 | Photo-HN | 9/21 | 9/21 —9/23 |
| 31 | Photo-Vegas House Party 2014 [USAO_00489109] | 9/21 | 9/21 |
| 32 | Photo-BB and Ducati [USAO_00505864] | 9/21 | 9/21 |
| BEVERLY HILLS DUCATI RECORDS | | | |
| 33 | Beverly Hills Ducati-Bill of Sale, Ducati Motorcycle, Parts & Accessories [USAO 119033-34] | 9/21 | 9/21 |
| 34 | Credit Card Receipt (4/28/2015 - $36,100) Beverly Hills Ducati [USAO_00121327] | 9/21 | 9/21 |
| ~~35~~ | Copy of Broumand's Driver's License [USAO_00121328] | | |
| ~~36~~ | DMV Forms (Vehicle Transfer Form & DMV Registration) Beverly Hills Ducati [USAO_00121329-330] | | |
| ~~37~~ | Sales Contract -Ducati [USAO_00121332-333] | | |
| ~~38-39~~ | ~~INTENTIONALLY BLANK~~ | | |

4

UNITED STATES v. BABAK BROUMAND

CR NO. 20-224(A) RGK

GOVERNMENT'S EXHIBIT LIST

| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES RECORDS | | | |
|---|---|---|---|
| 40 | Certified Records, California DMV-Ducati Motorcycle<br>[USAO_00488684-98] | 9/27 | 9/27 |
| 41 | Certified Records, California DMV-Searay Boat<br>[USAO_00488699-706] | 9/27 | 9/27 |
| CALIFORNIA SECRETARY OF STATE RECORDS | | | |
| 42 | Love Bugs LLC, Articles of Organization, Certified Records, California Secretary of State<br>[USAO 00488714-719] | 9/23 | 9/23 /9/26 |
| 43 | Andore'e Inc., Articles of Incorporation, Certified Records, California Secretary of State<br>[USAO_00488708-709] | 9/21 | 9/21 |
| 44 | Arca Capital Inc., Articles of Incorporation, Certified Records, California Secretary of State<br>[USAO_00488710-713]   p1 pub. 9/22 | 9/22 | 9/22 |
| 45 | Andore'e Inc. Statement of Information & Certificate of Dissolution<br>[USAO_00505759-60] | 9/4 | 9/4 |
| SEARAY BOAT SALE RECORDS | | | |
| 46 | Craigslist emails re: sale of Searay Boat<br>[USAO_00459964-965] | 9/22 | 9/22 |
| 47 | Searay Boat Survey<br>[USAO_00459966-78] | 9/22 | 9/22 |

*wrong exhibit? switch*

5

# UNITED STATES v. BABAK BROUMAND

## CR NO. 20-224(A) RGK

### GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| ~~48~~ | Searay Title Docs<br>[USAO_00459982 & 985] | | | |
| **AVN JET PHOTOS WITH METADATA** | | | | |
| 49 | Photo-AVN TRIP JET INTERIOR 1.with meta data<br>[USAO_00500654.image0_Redacted.] | 9/27 | 9/27 | |
| 50 | Photo-AVN TRIP JET INTERIOR 2. with meta data<br>[USAO_00500658.image2_Redacted] | | | |
| 51 | Photo-AVN TRIP TARMAC with meta data<br>[USAO_00500656 image1_Redacted] | | | |
| 52 | Photo-AVN TRIP TARMC 2 with meta data<br>[USAO_00500660image3_Redacted] | 9/27 | 9/27 | |
| **EQUITABLE LOAN MORTGAGE** | | | | |
| 53 | 2015 loan application - 9/28 | 9/23 | ~~9/23~~ 9/29 | |
| 54 | 2015 Boat letter and "bill of sale" 9/23 | 9/27 | 9/27 9/23 publish | |
| 55 | 2015 Investment property acknowledgement | | 9/28 | |
| 56 | Fake 2015 lease agreement | | | |
| 57 | 2016 False Whitson Lease. 1 check | | | |
| 58 | Nov. 2016 Loan App.BB MM letter.MWTW letter.1 check 9/23 | | | |
| **FELIX CISNEROS, JR ARREST (2017)** | | | | |
| ~~59~~ | Record of Cisneros Arrest, March 22, 2017, at 1500 hours | 9/23 | | |

6

## UNITED STATES v. BABAK BROUMAND

### CR NO. 20-224(A) RGK

### GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| **AMERICAN EXPRESS ACCT RECORDS-REGDALIN GROUP (Accts 41008, 42006, 41009, 41017) & PILLAR LAW GROUP (Multiple Accts & Users)** | | | | |
| 60A | AMEX DOC CUSTODIAN DEC. [USAO_00376634-635] | | | |
| 60 | ES, Regdalin (ES) & Pillar Law Group Amex [USAO_00376692-706; between 0376726 & 00378704] | 9/21 | 9/21 | Pg103- 9/21 |
| **BROUMAND PERSONAL EMAILS** | | *republished 9/21* *republished 9/22* | | |
| 61 | Broumand email to H.M. Re Travelling to LA on Sept. 22, 2014 [USAO_00488663-4] | 9/27 | 9/27 | |
| 62 | Broumand email to H.M. Re EB-5 and Vegas [USAO_00488665] | 9/27 | | |
| 63 | Broumand email to H.M. Re EB-5 website [USAO_00488666] | 9/27 | | |
| 64 | Broumand email to H.M. Re PLG paying for BB's stay on 9.22 [USAO_00488672-74] | 9/27 | | |
| 65 | BB email with A.K. re Immigrate Faster and leads [USAO_00488680-81] | | | |
| 66 | AK email re visa denial [USAO_00488675] | | | |
| 67 | AK email re visa denial [USAO_00488675] | | | |

### UNITED STATES v. BABAK BROUMAND

CR NO. 20-224(A) RGK

GOVERNMENT'S EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| ~~68~~ | AK email reply re BB draft [USAO_00488678-679] | | | | |
| **BROUMAND DATABASE SEARCHES AND INSTANT MESSAGES** | | | | | |
| ~~69~~ | Historical Sentinel Disclaimer [USAO_0047626-27] | | | | |
| 70 | Sentinel Access Admonishment Photo {USAO_00500648} | 9/23 | 9/23 | | |
| 71 | Sentinel Database Audit (2.Rev) pg3 [USAO_00500578-99] | 9/29 | 9/ | | |
| ~~72~~ | Lync.05.18.2016.re LA Trip [USAO_00474369-71] | | | | |
| ~~73~~ | LyncMsgs.Whitten.2016.05 and 07. [USAO_00474374-376] | | | | |
| ~~74~~ | LyncMsgs (Full) [USAO00474358-381] | | | | |
| 75 | ES SAR - FNB (Disc) objection [USAO_00476733-USAO_00476734] | 9/27 | 9/27 | 9/29 | |
| 76 | SAR - VARIOUS (INCLUDES ES) [USAO_00476729-USAO_00476732] | 9/29 | 9/29 | | |
| ~~77~~ | Solakyan Serial info [USAO_00476834-USAO_00477015] | | | | |
| **FBI PARKING PLACARD** | | | | | |
| 78 | Copy of Broumand FBI Parking Placard [USAO_00078344-45] pg 2 (PUBLISHED/ADMIT ID 9/20) Pg 1 (publish 9/20) | 9/20 | 9/20 | published 9/21 | |

UNITED STATES v. BABAK BROUMAND

CR NO. 20-224(A) RGK

GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| ~~79~~ | Burbank Police Department Incident Report, 2/27/2016<br><br>[FOR ID ONLY]<br><br>[USAO_00078340-352] | 9/20 | | |
| ~~80~~ | ACS Audit (FBI Database)<br><br>[USAO_00474331] | | | |
| ~~81~~ | INTENTIONALLY BLANK | | | |
| **BROUMAND REPORTS** | | | | |
| 82 | BB EC Re GHR Bar Passage Event, FC, et.al 2016<br><br>[USAO_00078353-54] | 9/23 | 9/23 | |
| ~~83~~ | BB Source Rpt on Muammar al-Qadhafi (2016.10.05 - FD-1023)<br><br>[USAO_00084743] | | | |
| ~~84~~ | BB Source Rept on Muammar al-Qadhafi (2016.12.20 - FD-1023)<br><br>USAO_00084744-USAO_00084745 | | | |
| 85 | BB Source Rep on Muammar al-Qadhafi (2017.09.20 - FD-1023) | | | |
| 86-94 | Intentionally Blank | | | |
| **FBI EMAILS** | | | | |
| 95 | 06.12.2012.BB Weekly Report.Sentinel Training<br><br>[USAO_00475902-903] | 9/29 | 9/29 | |
| ~~96~~ | 02.22.2013 SF All Email.BB inbox.Parking Placard<br><br>[USAO_00023546] | | | |

# UNITED STATES v. BABAK BROUMAND

## CR NO. 20-224(A) RGK

### GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 97 | McConnell.BB.04.24.2014 OPR String – [USAO_00059787] | | |
| 98 | BB 04.24.2014.resp. to McConnell [USAO_00059786] | | |
| 99 | rev.10.17.14 email.cover & excel project cost spreadsheet [USAO_00500357, 360] | 9/27 | 9/27 |
| 100-102 | Intentionally Blank | | |
| 103 | BB email to Lem re Kusin Intro.2015.01.15 [USAO_00059757] | | |
| 104 | Op. Thunder Storm Email.2015.03.27. for 05.19-21.2015 [USAO_00059746] | | |
| 105 | 02.24.2016 BB SL Email.Kelly to SAC [USAO_00477100] | 9/23 | 9/23 |
| 106 | 05.24-26.2016.BB to Adkins email re Cisneros [USAO_00023562-63] | 9/23 | 9/23 |
| 107 | 10.04.2016.BB email Gaddafi $ [USAO_00474874-75] | | |
| 108 | BB Email 03.21-23.2017 to LA re ES [USAO_00015041-42] | 9/23 | 9/28 |
| 109 | SA Davis.LA FBI PC Supvsr emails 03.23.2017 [SAO_00499759-61] | 9/23 | 9/23 |

## UNITED STATES v. BABAK BROUMAND

### CR NO. 20-224(A) RGK

#### GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 110 | 04.07.2017.Kelly email re CHS Gifts [USAO_00474796-97] | 9/23 | 9/23 |
| ~~112~~ | 07.12.2018.BB email CHS Coord.Start [USAO_00474449] | 9/23 | 9/23 |
| ~~112~~ | 08.08.2018.(09.fwd)Adkins OPR Referral email [USAO_00477242, 477077-80] | | |
| ~~113~~ | BB 9.2018 looking for new job - [USAO_00059781] | | |
| 114 | 10.22.2018.BB email CHS Coord.End.(USAO_00474897-98) | 9/23 | 9/23 |
| ~~115~~ | BB 12.4.2018. email to Akil D - Call me when you can [USAO_00059763] | ~~9/20~~ | ~~9~~ |
| 116 | 12.(4)2018.Kelly.BB Email.CHS Rules [USAO_00477268-70] | 9/23 | 9/23 |
| 117 | 3.23.17.BB second Kusin Davis email string [USAO_00059814] | 9/20 | 9/20 |
| 118 | 1.9.15.BB first email to Kusin [USAO_00059813] | 9/20 | 9/20 |
| 119 | 119_03.23.2017.BB.Newhouse emails [USAO_00023526,00023533-34] | 9/27 | 9/27 |
| **OFFICE OF INSPECTOR GENERAL NOTICE TO BROUMAND** | | | |
| 120 | DOJ-OIG Investigation Notification.BB. [USAO_00014743] | 9/27 | 9/27 |
| **FBI FINANCIAL DISCLOSURES** | | | |
| 121 | Executive Order 12968-Access to Classified Information | 9/27 | 9/27 |

## UNITED STATES v. BABAK BROUMAND

### CR NO. 20-224(A) RGK

#### GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 122 | FBI Financial Disclosure Policy, circa 2012 [USAO_00079124-USAO_00079131] | 9/27 | 9/27 |
| 123 | 2015.BB SFDF [USAO_00077744-USAO_00077750] | 9/27 | 9/27 |
| 124 | 2016.BB SFDF [USAO_00077751-USAO_00077757] | | |
| 125 | 2017.BB SFDF [USAO_00077758-USAO_00077764] | | |
| 126 | 04.25.2016.SFDF.BB Email Receipt.2015 Calendar Year [USAO_00476499] | | |
| 127 | 03.24.2017.SFDF.BB Email Receipt.2016 Calendar Year [USAO_00506035] | | |
| 128 | 04.27.2018.SFDF.BB Email Receipt.2017 Calendar Year [USAO_00476502] | 9/27 | |
| 129 | Sample SFDF Submit Screen [USAO_00014397] | 9/27 | 9/27 |
| 130 | SFDF Instructions [USAO_00014399-432] | | |
| 131 | Intentionally Blank | | |

## UNITED STATES v. BABAK BROUMAND

### CR NO. 20-224(A) RGK

### GOVERNMENT'S EXHIBIT LIST

| LOVEBUGS, BROUMAND & RELATIVES' BANK RECORDS | | | |
|---|---|---|---|
| BROUMAND USAA PERSONAL ACCTS 1136 AND 1128 | | | |
| 132A | USAA 1136 &1128.Doc Cust Dec. (USAO_00491127) Deposits 1.2015-9. 2017 | | |
| 132B | USAA 1136.Doc Cust Dec. 5178-79 [USAO_00005175-USAO_00006686] | | |
| 133 | USAA 1128.2015.08 & 09 Statmnt.Sept 2015 (Andore & Cash Transfers.Savings) [USAO_491378-381] | | |
| 134 | USAA 1136.Stmtnts 2015.09 & 10. [USAO_00491206-491214] | | |
| 135 | USAA 1136.2016.11.25 $8k Whitson Check [USAO_00491300] | | |
| 136 | USAA 1136.2016.12 Statement ($1,000 chks) [USAO_00491301] | | |
| 137 | USAA 1136.2016.12.$1,000 ES checks [USAO_00491306] | 9/22 | 9/22 |
| 138 | USAA 1136.2018.05 Stmnt & $1k ES Check [USAO_00005888 & 5893] | 9/22 | P82 9/22 |
| 139-142 | Intentionally Blank | | |
| JP Morgan Chase Bank Broumand Personal Acct 0198 | | | |
| 143 | JPMC.0198 First Six Cash Deposits (2009-2010) [USAO_0000134,137-38,140,142-43] | 9/26 | 9/26 |

13

**UNITED STATES v. BABAK BROUMAND**

**CR NO. 20-224(A) RGK**

**GOVERNMENT'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 144 | JPMC.0198 Last Six Cash Deposits (2012-2013) [USAO_0000202-213] | 9/16 | 9/26 |
| 145-151 | Intentionally Blank | | |
| LOVE BUGS JP MORGAN CHASE BANK ACCOUNTS | | | |
| 152A | JP Morgan Chase Document Custodian Declaration Love Bugs (Acct 1520) [USAO 115-118] | | |
| 152B | JP Morgan Chase Document Custodian Declaration (Acct 7373) [USAO 119-121] | | |
| 152C | JP Morgan Chase Document Custodian Declaration (8236) [USAO 122-123] | | |
| Love Bugs JP Morgan Chase Bank Acct 7373 | | | |
| 153 | JPM Chase 7373 (w/8236)Stmnts Jan 2016 to June 2016 [btwn USAO_133180 and 13423, 25 pgs] | | |
| Love Bugs JP Morgan Chase Bank Account 8236 | | | |
| 154 | JPM Chase 8236.Credits-Debits-Jan 2015-Apr 2018 [USAO_2863-2928] | | |
| 155 | JPM Chase 8236.Stmnts Jan 2015 to 2018 [USAO_00013180-640] Pg 25, | 9/16 | 9/16 |
| 156 | 30K LoveBugs CC.deposit to 8236 [USAO_2873-2874] | 9/14 | 9/14 |

9/26

UNITED STATES v. BABAK BROUMAND

CR NO. 20-224(A) RGK                    155

GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 157 | BH deposit of $30k Lovebugs CC [USAO_2924-2925] | 9/26 | 9/26 |
| 158 | 8236.2015.02.17.$5k deposit (OA 12) [USAO 2863-64, 2913-14, 4380] | 9/26 | 9/26 |
| 159 | 8236.2015.09.21.$8k deposit (OA15) [USAO 2867-68, 2913, 2915, 4437] | 9/26 | |
| 160 | 8236.2015.09.24.$8k deposit (OA 16) [USAO 2869-70, 2913, 2916, 4437] | 9/26 | |
| 161 | 8236.2015.09.25.$9k deposit (OA 17) [USAO 2871-72, 2913, 2917, 4437] | 9/26 | 9/26 |
| 162 | 8236.2016.01.28.$5,500 deposit (OA 28) [USAO 2877-78, 2913, 2919, 4469] | | |
| 163 | 8236.2016.02.29.$8k deposit (OA 35) [USAO 2879-80, 2913, 2920, 4476] | | |
| 164 | 8236.2016.03.08.$5k deposit (OA 37) [USAO 2882-82, 2926-27, 4484] | | |
| 165 | 8236.2016.03.17.$4k deposit (OA 38) [USAO 2883-84, 2907-08, 4485] | | |
| 166 | 8236.2016.04.18.$5k deposit (OA 41) [USAO 2885-86, 2926, 2928, 4492] | | |
| 167 | 8236.2016.06.03.$5k deposit (OA 50) [USAO_2887-88, 2913, 2921, 4505] | | |
| 168-169 | Intentionally Blank | | |

## UNITED STATES v. BABAK BROUMAND

### CR NO. 20-224(A) RGK

#### GOVERNMENT'S EXHIBIT LIST

| MB & B. Broumand dba Love Bugs Wells Fargo Bank Acct 8017 | | | |
|---|---|---|---|
| 170 A | Doc Custodian Declaration<br>Wells Fargo Acct. x8017, in the name of MB & BB dba Love Bugs<br>[USAO_9919, 9949-51] | | |
| 170 B | Doc Custodian Declaration<br>Wells Fargo Acct. x8017, in the name of MB & BB dba Love Bugs<br>[USAO_9949-51] | | |
| 171 | Cash Deposit May 6, 2013<br>[USAO_10200,10201,10749] | | |
| 172 | Cash Deposit July 25, 2013<br>[USAO_ 10249,10250,10759] | | |
| 173 | $14k Cash Deposit April 27, 2015<br>[USAO_78501, 78502, 78847]<br>OA 13 | | |
| 174 | Cash Deposit ($865) January 8, 2018<br>[USAO_9927, 9928, 10061, 10062, 10667] | | |
| Bank of America Acct 4983 in the name of H. Broumand and Z. Ansari | | | |
| 175A | Document Custodian Declaration, Bank of America Account, HB & ZA, Acct 4983<br><br>[USAO_00105720-721] | | |
| 175 | 2016.03 Statement Acct 4983<br>[from USAO__108266] | 9/26 | 9/26 |

16

UNITED STATES v. BABAK BROUMAND

CR NO. 20-224(A) RGK

GOVERNMENT'S EXHIBIT LIST

| 176 | 2016.03.21 Arca Capital $30K Check #1018 & Deposit Slip [from USAO__108266] | 9/22 | 9/22 | 9/26 |
|---|---|---|---|---|
| ~~177~~ | Intentionally Blank | | | |
| **Love Bugs Credit Card-Amex** | | | | |
| **Love Bugs American Express Credit Card Acct 51001** | | | | |
| 178 A | Amex Doc Custodian Dec.Lovebugs Credit card x51001 [USAO_00102534-35] | | | |
| 178 | LB AMmex CC x51001.2016 Stmnts (USAO_00102600-658) | | | |
| **T. and M. Whitson JP Morgan Chase Acct 2894** | | | | |
| 179 A | Document Custodian Declaration JP Morgan Chase Acct 2894 (Whitson) [USAO_00460523-25] | | | |
| 179 | MW.Chase Acct 2894.Oct 2016.$10k. Statements.Deposit Slips.$8k check [USAO_461093-95, 461114,461116, 461120-21, 461142, 461145-46] | | | |
| 180 | MW.TW.Chase Acct 2894.2015.2016.Checks & Statements [USAO_460777,783-784,806, 461058-59,70,74-75,84, 461094-95, 105, 114, 116, 120-21,142,145-46] | | | |
| **BROUMAND FBI TRAINING ACADEMY RECORDS** | | | | |
| 181 | FBI Training Records.BB (USAO_00476714-24) | | | |

**UNITED STATES v. BABAK BROUMAND**

**CR NO. 20-224(A) RGK**

**GOVERNMENT'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 182 | 9.20.2017.BB. ML PP.Cover email & Money Laundering Training Power Point [USAO_00475819, 578-606] | 9129 | 9/29 |
| **OTHER FINANCIAL RECORDS-PILLAR (Citibank and Wells Fargo)** | | | |
| **Pillar Citi Acct. 3613** | | | |
| 183A | Doc Cust Dec.Pillar Citi 3613. [USAO_00080353-354] | | |
| 183 | Pillar. Citi 3613.SBK.Arca checks [USAO_00081262-297] | | |
| 184 | Pillar.Citi 3613.Statements [USAO_00083357-440] | 9/21 | 9/21 |
| 185 | Pillar.Citi 3613.CP Check [USAO_00084188-00084226] | | |
| 186 | INTENTIONALLY BLANK | | |
| **Pillar Wells Fargo Acct 4494** | | | |
| 187A | WF Doc Cust Dec Pillar 4494 [USAO_00469729-732] | | |
| 187 | 001_WF Pillar 4494.Stmnts.2014.07-2016.04 (QRFM (471,668 & 471,672).CP.SBK.Arca) [USAO_00471630-720] republished-9/21 (published pg.38-9/21) | 9/21 | 9/21 |
| 188 | INTENTIONALLY BLANK | | |
| **BEVERLY HILLS MONTAGE HOTEL RECORDS** | | | |
| 189A | 01A Doc Custodian BH Montage Hotel [USAO_00448748-49] | | |

pg.39-9/27

## UNITED STATES v. BABAK BROUMAND

### CR NO. 20-224(A) RGK

### GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| ~~189~~ | ES & BB Hotel Stays [USAO_00448739-47] | | |
| 190 | 2015.01.30 to 02.01 BB Hotel Stay [USAO_00448752-53] | 9/21 | 9/21 |
| 191 | 9.30.15_BB Hotel Stay [USAO_00448746-47] (pg 1) | 9/21 | 9/21 |
| **ARIA HOTEL RECORDS** | | | |
| 192 | Aria Hotel.May 2015 Hotel Bills (USAO_00014594-98) | | |
| 193 A | Document Custodian Declaration MGM.Aria.Document Custodian Dec [USAO_00505669] | | |
| 193 | May 20-21, 2015 Hotel Bill [USAO_00505677] | | |
| 194 | Aug 19-21, 2015 Hotel Bills (includes BB comped room) [USAO_00505672-74, 505688, 14378] | | |
| 195 | Jan 20, 2016 Hotel Bills (AW, AK x 6 rooms, ES, CP, MS, KM, AM, HM, LA, RL) [USAO_505678-5698] | 9/21 | 9/21 |
| **ES PLEA AGREEMENTS** | | | |
| ~~196~~ | [Conformed] ES Information | | |
| 197 | [Conformed] ES 2020 Plea Agreement | 9/28 | 9/28 |
| ~~198~~ | [Conformed] ES 2020 Addendum USAO_00477365-USAO_00477376 | | |
| ~~199~~ | ES 2018 UNFILED plea agreement [USAO_477345-477364] | 9/22 | ↗ |

- Sustained - 9/22
- objected by Deft.

**UNITED STATES v. BABAK BROUMAND**

CR NO. 20-224(A) RGK

GOVERNMENT'S EXHIBIT LIST

| SUMMARY CHART-BROUMAND OFFICIAL TRAVEL | | | |
|---|---|---|---|
| ~~200~~ | Summary Chart:  Broumand Official FBI Travel | | |
| **SUMMARY CHARTS-FINANCIAL** | | | |
| 201 | Summary Chart: Cash Deposits to Lovebugs Bank accounts | 9/26 | 9/26  9/27 |
| 202 | Summary Chart: Cash Deposits with Flow of Fund to American Express Bills | 9126 | 9/26 |
| 203 | Summary Chart:  $30,000 Andore Check and Flow of Funds to Homewood (Tahoe) | 9126 | 9126 |
| 204 | Summary Chart: $1k Checks Payable to ES | 9/26 | 9/26 |
| 205 | Summary Chart:  Arca Check and Flow of Funds to LoveBugs and LoveBugs American Express | 9126 | 9126 |
| ~~206~~ | Intentionally Blank | | |
| ~~207~~ | Summary Chart:  Funds Between Whitsons and Broumands; $10,000 Deposit | | |
| 208 | Summary Chart:  List of Accounts Reviewed | 9126 | 9126 |
| ~~209~~ | Intentionally Blank | | |
| **SUMMARY CHARTS-TEXTS & PHONE CALLS, ETC.** | | | |
| 210 | Summary Chart:  4.14-4.28.16.H.N.Summary—[TRIAL_000007-000012] | 9122 | 9122  -9123 |
| 211 | Summary Chart:  List of Telephone Numbers | 9127 | 9127 |
| 212 | Summary Chart: 2015 Timeline | 9127 | 9127 |

**UNITED STATES v. BABAK BROUMAND**

**CR NO. 20-224(A) RGK**

**GOVERNMENT'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 213 | Summary Chart: 2016 Timeline | 9/27 | 9/27 |
| 214 | Summary Chart: 2017 Timeline | 9/27 | |
| 215 | Summary Chart: Private Investigator [USAO_00476710–USAO_00476712] | 9/20 | 9/20 |
| 216 | Summary Chart:   BB.Kusin texts and calls [TRIAL_000022] | 9/20 | 9/20 |
| 217 | Summary Chart:   ES.JB.BB.FC arrest fallout [TRIAL_000014-TRIAL_000021] Pg 1 pub. | 9/22 | 9/22 |
| 218 | Summary Chart GPS Data | 9/27 | 9/27  9/28 |
| **ADDITIONAL PHOTOS** | | | |
| 219 | Photo- ES at GHR [USAO_00505800] | | |
| 220 | Photo-ES LAMBO [USAO_00505852] | | |
| 221 | Photo-ES LAMBO IG [USAO_00505854] | | |
| 222 | Photo-BB ES and two other men (USAO_00489110) | | |
| 223 | Photo-ES BB PEACE SIGNS [USAO_00073873] | 9/21 | 9/21 |
| 224 | Photo-GHR BAR TOAST [USAO_00069958] | | |

21

**UNITED STATES v. BABAK BROUMAND**

CR NO. 20-224(A) RGK

GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| ~~225~~ | GHR BAR TOAST 2 [USAO_00070071] | | |
| ~~226~~ | Photo-GHR BAR RL ES [USAO_00070068] | | |
| 227 | Photo-STACKS OF CASH [USAO_00069935] | 9/21 | 9/21 |
| ~~228~~ | Photo-ES et al JET [USAO_00505806] | | |
| ~~229~~ | Photo_BB FAM PIC SNOW [USAO_00073896] | | |
| 230 | Photo-BB father funeral [USAO_00489108] | 9/21 | 9/21 |
| ~~231~~ | Intentionally Blank | | |
| 232 | Photo - 2.24.16.Pic.of.LT.Sent.by.ES - [USAO_00505885] | 9/27 | 9/27 |
| ~~233~~ | Photo - 4.14.16.HN.LASD.SEARCH— [USAO_00505936] | | |
| ~~234~~ | Photo - 4.14.16.HN.SW.PIC.— [TRIAL_000013] | | |
| 235 | Photo - BB's Tahoe House [TRIAL_000024] | 9/29 | 9/29 |
| 236 | Photo - BPD Incident card sent to BB [TRIAL_000001] | 9/21 | 9/21 |
| 237 | Photo - ES Collage (Lambo, jet, house) [TRIAL_000006] | 9/21 | 9/21 |
| 238 | Photo - Felix Cisneros [USAO_00070003] | 9/20 | 9/21 — 9/23 |

22

UNITED STATES v. BABAK BROUMAND

CR NO. 20-224(A) RGK

GOVERNMENT'S EXHIBIT LIST

| 239 | Photo - Grand Havana Room Collage [TRIAL_000025] | 9/21 | 9/21 |
|---|---|---|---|
| 240 | Photo - Penthouse collage - [TRIAL_0000002-04] | 9/21 | 9/21 |
| 241 | Photo - ES.pic.shown.to.Kusin— [USAO_00059816] | 9/20 | 9/20 |
| ~~242~~ | Photo - ES With Ralph at GHR | | |
| ~~245-247~~ | Intentionally Blank  245/; | 9/27 | 9/27 |
| **DIGITAL DEVICE EVIDENCE** | | | |
| **Text Messages** | | | |
| ~~248~~ | 1.11-1.25-17.ES.BB.LA.trip.Merv— [USAO_00071575-USAO_00071580] | | |
| 249 | 2.10.15.ES.BB.AM.Search. (GRX7) [USAO_00074591] | 9/27 | 9/27 |
| 250 | 2.23 - 2.27.16.BB.ES.PI.Weekend.Logistics.Placard.Fallout. [USAO_00074146-USAO_00074150] | 9/21 | 9/21 |
| 251 | 2.23.16.ES.BB.Meeting with Jim - [USAO_00074172] | 9/21 | 9/21 |
| 252 | 2.24.15.ES.BB.LT.PII.USAO_005002163- [USAO_005002164] | 9/21 | 9/21 |
| ~~253~~ | 2.24.16.ES.BB.Jim.Flaked [USAO_00074171] | | |
| 254 | 3.3.16.ES.BB.Im.in.trouble— [USAO_00074151-USAO_00074152] | 9/21 | 9/21 |

UNITED STATES v. BABAK BROUMAND

CR NO. 20-224(A) RGK

GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 255 | 3.6.16.ES.BB.Clothes.Itemized.Marriage.Cert—<br>[USAO_00074153-USAO_00074154] | 9/22 | 9/22 |
| 256 | 3.19.16.ES.BB.Check.Zahra.Ansari.Logistics.Bromance—<br>[USAO_00074160-USAO_00074162] | 9/22 | 9/22 |
| 257 | 4.11.16.ES.BB.Clothing.Pick.Up.ES.Forgot—<br>[USAO_00073028-USAO_00073030] | 9/22 | 9/22 |
| ~~258~~ | 4.14.16.ES and FC.HN.PII—<br>[USAO_00073205] | | |
| 259 | 5.4-5.10.16.ES.BB.Engaged.Wedding.Bells.SF.shopping—<br>[USAO_00073037-USAO_00073048] | 9/22 | 9/22 |
| 260 | 5.27.15 - 6.17.15 -<br>BB.ES.DEMEROL.LIES.DUCATI<br>[USAO_00503266- USAO_00503277] | 9/21 | 9/21 |
| ~~261~~ | 5.28.15 - ES and DDS<br>[USAO_00503750- USAO_00503756] | | |
| 262 | 6.15-6.16.16.ES.BB.Anullment—<br>[USAO_00073056-USAO_00073057] | 9/22 | 9/22 |
| ~~263~~ | 6.24.15.ES.CPA.Text.<br>[USAO_00503106] | | |
| 264 | 6.25.15.E.S.Gary.DEMEROL.<br>[USAO_0050327] | 9/21 | 9/21 |
| ~~265~~ | 7.2.15 - 8.4.15.ES.Shk.Texts.<br>[USAO_00503015-USAO_503016] | | |

24

UNITED STATES v. BABAK BROUMAND

CR NO. 20-224(A) RGK

GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 266 | 7.8.17.ES.BB.JB.Dad.Dies— *pg 1 pub.* [USAO_00071616] | 9/22 | 9/22 |
| 267 | 7.12-7.25-17.ES.BB.demoted.30k. *pg 4 pub.* [USAO_000.74684-USAO_00074690] | 9/22 | 9/22 |
| 268 | HN.4.21.16.ES and JB (FELIX FINE) [USAO_00073258-00073260] | | |
| 269 | HN.4.27.16.ES and JB. [USAO_00073271-USAO_00073273] | | |
| 270 | HN.4.28.16.ES and JB. [USAO_00073274-USAO_00073277] | | |
| 271 | Intentionally Blank | | |
| 272 | ES Bill of Sale [USAO_00026302] | 9/21 | 9/21 |
| 273-282 | Intentionally Blank | | |
| **MISCELLANEOUS** | | | |
| 283 | F. Cisneros's TECs Searches [USAO_00107480, USAO_00107299, USAO_00076215] | 9/26 | 9/26 |
| 284 | FD-794 Payment Request.Kusin wknd [USAO_00478098-112] | | |
| 285 | Intentionally Blank | | |
| 286 | Intentionally Blank | | |
| 287 | Intentionally Blank | | |
| 288 | Intentionally Blank *recording 2/23/20* | 9/27 | 9/27 |

*Broumands/Edgar sargysan*

25

U.S. v. Babak Broumand Government Witness List

CR 20-224(A)-RGK; Trial: September 20, 2022

1. Nichole Grant
2. Enedina Valdivia
3. ~~Tim Schoonover~~ — DOUBLE entry
4. Todd Whitson
5. Maria Whitson
6. Jonathan Kelly (former FBI SSA) 9/23
7. James Keenaghan 9/20
8. Rick Hippach 9/21
9. Sgt. Jonathan Dugas, Burbank PD 9/20/22
10. Officer Chris Hensley, Burbank PD
11. Edgar Sargsyan 9/21 - 9/22 -9/23
12. Charles Christensen, Equitable Mortgage 9/23
13. Tim Schoonover 9/22
14. FBI SA Steve Kusin 9/20
15. FBI SA Jeffrey Horner 9/23
16. FBI SA Michael Torbic 9/27
17. FBI SA Brian Adkins 9/23/9/26
18. FBI Forensic Accountant Joan O'Dowd 9/26 - 9/27
19. DHS-OIG SA Carlos Feliciano 9/26
20. FBI SSA Akil Davis 9/23
21. Ed Mulholland/Jason Sifers, MGM/Aria Resort & Casino Holdings, LLC, Document Custodian

STEVEN F. GRUEL (SBN213148)
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Phone: 415-533-6973
Email: attystevengruel@sbcglobal.net
www.gruellaw.com

Attorney for BABAK BROUMAND

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case Number: CR-20-224-RGK |
| Plaintiff, | ) | |
| | ) | **DEFENDANT BABAK BROUMAND'S** |
| | ) | **LIST OF POSSIBLE WITNESSES** |
| v. | ) | |
| | ) | **HONORABLE R. GARY KLAUSNER** |
| BABAK BROUMAND, | ) | |
| | ) | **Trial Date: September 13, 2022 at 9:00 am** |
| Defendant. | ) | |
| _____ | ) | |

Defendant, Babak Broumand, by and through his attorney, Steven F. Gruel, hereby

respectfully submits this DEFENDANT BABAK BROUMAND'S LIST OF POSSIBLE

WITNESSES.

## DEFENSE WITNESS LIST

The defendant may call the following individuals at trial:

1. Henrik Mosesi
2. Anthony Williams
3. Andrew Garofalo
4. Lucy Niazian
5. Brian Adkins
6. Steven Kusin
7. Michael Hyland
8. Michael Torbic
9. Joe Rock
10. Akil Davis
11. Zachary Shrouyer
12. Richard Carl 9/29
13. Zahar Ansari 9/29 none
14. Sally Morillo 9/29 -none

The defendant reserves the right to supplement this list as may be necessary.

9/28 - Charles Christensen -none

- BROUMAND - 9/29 - 9/28

Dated: September 12, 2022

Respectfully submitted,

By: /s/ Steven F. Gruel
STEVEN F. GRUEL, ESQ.
Attorney for BABAK BROUMAND

Tarbic  9/28 Done
      (if necessary)
(9/28)
Charlie  @Christenson  Done

Bichill  Armand (9/28)
Mike Carl

Gibbins  9/26

Carlos Felicimo  9/26

O' Dowd  9/26

Tobin

Broumand
S. Minollo
Zehar Ansari
Rich Col

PLAINTIFF

~~O'Dowd~~

~~Torbit~~

DEFENSE

Torbit

Broumand

Witnesses
1. James Koongshan
2. Rick Hippach
3. Edgar Sargsyan
4. Jeff Horner

Edgar Sargsyan

SA Jeff Homer

SA Jon Kelly

Tim Schramover (9/22)

GOVT. WITNESSES
9/20/22

1. SGT DUGAS, BURBANK PD

2. FBI SA KUSIN

3. JAMES KEENAGHAN

4. EDGAR SARGSYAN



⑥ Brian Adkins  9/23

⑦ Joan O'Dowd

① Edgar Sargsyan -9/23 (Done)

② John Kelly -9/23 Done

③ Jeff Horner  9/23

④ Akil Davis  9/23 Done

⑤ ~~Charlie~~ christensen  9/23 (be available 4 recall)
      or (Charles)