# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF | CENTRAL DISTRICT OF CALIFORNIA |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | CR-20-224-RGK FRAP 9(a) Appeal/ FRAP 27-3 |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | April 21, 2020 |

Date of judgment or order you are appealing: | November 15, 2022 |

Docket entry number of judgment or order you are appealing: | #251 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- (●) Yes   ( ) No   ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

| BABAK BROUMAND
Appeal Pursuant to: FRAP 9(a) Appeal / FRAP 27-3 Irreparable Harm Motion |

Is this a cross-appeal?  ( ) Yes   (●) No

If yes, what is the first appeal case number? [ ]

Was there a previous appeal in this case?  ( ) Yes   (●) No

If yes, what is the prior appeal case number? [ ]

Your mailing address (if pro se):

[ ]

[ ]

City: [ ]   State: [ ]   Zip Code: [ ]

Prisoner Inmate or A Number (if applicable): [ ]

**Signature** [ ]   **Date** [ ]

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                         Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| BABAK BROUMAND |

Name(s) of counsel (if any):
| |
|---|
| STEVEN F. GRUEL (Cal. Bar No. 213148) |

Address: 315 MONTGOMERY STREET, 10th FLOOR, S.F., CA 94104

Telephone number(s): 415-533-6973

Email(s): attystevengruel@sbcglobal.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| United States of America |

Name(s) of counsel (if any):
| |
|---|
| MICHAEL J. MORSE (Cal. Bar No. 291763) |
| JUAN M. RODRIGUEZ (Cal. Bar No. 313284) |
| Assistant United States Attorneys |

Address: 1200 U.S. Courthouse, 312 North Spring Street, L.A., CA 90012

Telephone number(s): Telephone: (213) 894-7367/0304

Email(s): michael.morse@usdoj.gov        juan.rodriguez@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    2                                *New 12/01/2018*