

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

November 21, 2022

No.: 22-50276
D.C. No.: 2:20-cr-00224-RGK-1
Short Title: USA v. Babak Broumand

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>BABAK BROUMAND,<br><br>        Defendant - Appellant. | No. 22-50276<br><br>D.C. No. 2:20-cr-00224-RGK-1<br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

  **Mon., December 5, 2022**     9a Memo/Motion Due

The Response shall be filed within 10 days of service of the 9a Memo/Motion. See 9th Cir. R. 9-1.1.

The Optional Reply may be filed within 7 days of service of the Response. See 9th Cir. R. 9-1.1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT

                                By: Aurielle Breanna Trapps
                                Deputy Clerk
                                Ninth Circuit Rule 27-7