|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 29 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

BABAK BROUMAND,

    Defendant-Appellant.

No.   22-50276

D.C. No.
2:20-cr-00224-RGK-1
Central District of California,
Los Angeles

ORDER

Before: WARDLAW and W. FLETCHER, Circuit Judges.

Appellee's motion for reconsideration of the court's November 28, 2022 scheduling order (Docket Entry No. 6) is denied. Appellee's motion to reclassify the motion (Docket Entry No. 4) is also denied.

Appellee's response remains due December 2, 2022. The optional reply remains due December 5, 2022.

at/MOATT