**FILED**

UNITED STATES COURT OF APPEALS

DEC 9 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50276 |
| Plaintiff-Appellee, | D.C. No. 2:20-cr-00224-RGK-1 |
| v. | Central District of California, Los Angeles |
| BABAK BROUMAND, | ORDER |
| Defendant-Appellant. | |

Before: TASHIMA, S.R. THOMAS, and CLIFTON, Circuit Judges.

This is an appeal from the district court's order detaining appellant pending sentencing. We have jurisdiction pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

We review the district court's factual findings concerning risk of flight under a "deferential, clearly erroneous standard." *United States v. Townsend*, 897 F.2d 989, 994 (9th Cir. 1990). The conclusions based on such factual findings, however, present a mixed question of fact and law. *Id.* Thus, "the question of whether the district court's factual determinations justify the . . . detention order is reviewed de novo." *United States v. Hir*, 517 F.3d 1081, 1086-87 (9th Cir. 2008) (citations omitted).

The district court correctly found that appellant failed to meet his burden of showing, by clear and convincing evidence, that he is not likely to flee. *See* 18

at/MOATT

U.S.C. § 3143(a); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985) ("Congress expressly required the defendant to negate both danger to the community and flight risk by clear and convincing evidence."). We therefore affirm the district court's order of detention pending sentencing.

All pending motions are denied as moot.

**AFFIRMED.**