# EXHIBIT  B







Broumand







Broumand





Broumand

Broumand



Broumand







Broumand





Broumand







Broumand

Broumand



Broumand

