STEVEN F. GRUEL (SBN 213148)
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone Number (415) 533-6973
attystevengruel@sbcglobal.net
www.gruellaw.com

Attorney for Defendant BABAK BROUMAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>BABAK BROUMAND,<br><br>         Defendant. | No. CR-20-0224-RGK<br><br>DEFENDANT BABAK BROUMAND'S NOTICE OF *ERRATA* TO DEFENDANT'S REPLY TO THE GOVERNMENT'S SENTENCING MEMORANDUM<br><br>Honorable R. Gary Klausner<br><br>Date: February 27, 2023<br>Time: 1:30 pm |

BABAK BROUMAND, by and through his counsel, Steven F. Gruel, hereby submits DEFENDANT BABAK BROUMAND'S NOTICE OF *ERRATA* TO DEFENDANT'S REPLY TO THE GOVERNMENT'S SENTENCING MEMORANDUM.

**NOTICE OF ERRATA**

Defendant Babak Broumand respectfully submits this *errata* to withdraw its Reply to the Government's Sentencing Memorandum which was filed on February 20, 2023 at Docket No. 281, in order to correct an inadvertent error regarding the lack of redaction of certain matters.

Mr. Broumand will be filing a corrected Reply that corrects this mistake. Additionally, the redacted sections of the corrected Reply will be filed with the Court under seal.

February 21, 2023                              Respectfully Submitted,

                                               ____/s/_____
                                                   STEVEN F. GRUEL
                                                   Attorney for Defendant Babak Broumand