**DENIED BY THE COURT**
No good cause shown in a timely manner.

By: _____
Hon. R. Gary Klausner
U.S. District Judge
Dated: 2/23/2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MICHAEL J. MORSE (Cal. Bar No. 291763)
Public Corruption and Civil Rights Section
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Environmental & Community Safety Crimes Section
Assistant United States Attorneys
    1500/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7367/0304
    Facsimile: (213) 894-7631
    E-mail:    michael.morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>BABAK BROUMAND,<br><br>       Defendant. | No. CR 20-224(A)-RGK<br><br>[PROPOSED] ORDER CONTINUING SENTENCING HEARING<br><br>**[PROPOSED] SENTENCING HEARING:**<br>May 1, 2023, at 1:30 p.m. |

The Court has read and considered the parties' stipulation filed on February 23, 2023. Based on the facts set forth in the stipulation

//

//

the Court finds good cause to continue the sentencing date for defendant Omar Ontiveros to May 1, 2023, at 1:30 p.m.

    IT IS SO ORDERED

_____  **DENIED BY THE COURT**
DATE                                                   HONORABLE R. GARY KLAUSNER
                                                       UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
MICHAEL J. MORSE
Assistant United States Attorney

2