Name & Address:
Steven F. Gruel (CSBN 213148)
315 Montogmery Street, 10th Floor
San Francisco, California 94104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-20-224-RGK |
| v. | |
| BABAK BROUMAND, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

DEFFENDANT'S UNREDACTED REPLY TO THE GOVERNMENT'S SENTENCING POSITION [FILED UNDER SEAL]; DEFENDANT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS [FILED UNDER SEAL]; [PROPOSED] ORDER SEALING DOCUMENTS [FILED UNDER SEAL]

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

2/24/2023
Date

STEVEN F. GRUEL
Attorney Name
BABAK BROUMAND
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)     **NOTICE OF MANUAL FILING OR LODGING**